**FILED**

JUN 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MILES ORLANDO LEE

FEDERAL CORRECTIONAL INSTITUTION - OXFORD

P.O. BOX 1000

OXFORD, WI. 53952

PRISONER IDENTIFICATION NO. #11199-040

(PETITIONER)

Vs.

Case: 1:08-cv-01091
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/25/2008
Description: Pro Se Gen Civil

**JURY ACTION**

\* U.S. ATTORNEY GENERAL MUKASEY

DEPARTMENT OF JUSTICE BLDG.

950 PENNSYLVANIA AVENUE

WASHINGTON, DC 20534

¹ FEDERAL BUREAU OF PRISONS DIRECTOR LAPPIN

CENTRAL OFFICES

320 FIRST STREET, NW

WASHINGTON, DC 20534

¹ WARDEN HOLINKA / OXFORD-FCI

FEDERAL CORRECTIONAL INSTITUTION - OXFORD

P.O. BOX 1000

OXFORD, WI. 53952 (DEFENDANTS/RESPONDENTS)

(COMPLAINT)

## PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361.

NOW COMES THE UNDERSIGNED, MILES ORLANDO

**RECEIVED** AND MOVES THIS HONORABLE COURT TO

JUN 09 2008

Clerk, U.S. District and
Bankruptcy Courts

(1)

1

ISSUE ORDER'S COMPELLING SWORN OFFICIALS TO

COMPLY WITH THEIR CONSTITUTIONALLY SWORN OATH.

WHERE SAID OFFICIALS ARE KNOWINGLY VIOLATING

FEDERAL LAW, THEREBY DISRUPTING THE FEDERAL

GOVERNMENT PROTECTIVE WITNESS PROGRAM FOR FEDERAL

PRISONERS AND THE ORDERLY RUNNING OF THE INSTITUTION

BY WAY OF CRUEL AND UNUSAL ACT(S) UNDER COLOR

OF LAW ALL IN VIOLATION OF THEIR OATH OF OFFICE.

THE PETITIONER HEREBY SET FORTH THE FOLLOWING

REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT

STATING THE NUMEROUS VIOLATIONS BELOW:

UNITED STATES ATTORNEY GENERAL MUKASEY

MR. MUKASEY WAS MADE AWARE BY THE

PETITIONER THAT EMPLOYEES OF THE FEDERAL BUREAU

OF PRISONS WERE MALICIOUSLY DENYING HIM ANY CHANCE

TO TELL GOVERNMENT LIASONS THAT HE COOPERATED WITH

HIS LIFE WAS IN DANGER BECAUSE OF THAT COOPERATION,

THAT HE HAD BEEN SEXUALLY ASSAULTED, AND ASSAULTED

BY STAFF, THAT F.B.O.P. EMPLOYEES ARE EMBEZZLING

HUNDREDS OF THOUSANDS DOLLARS FROM THE GOVERNMENT,

THE PETITIONER MADE MR. MUKASEY AWARE OF AT

LEAST TWO MURDERS THAT COULD HAVE BEEN PREVENTED

AT U.S.P. POLLOCK, THE CRIMINAL ENTERPRISE BEING

RAN BY STAFF WITH GOVERNMENT PROPERTY (FOOD) AT

U.S.P. LEWISBURG, HOW THE F.B.O.P. HAVE AGAINST

THEIR OWN POLICY AND RULES TOOK GOOD-CREDIT

TIME, PHONE PRIVILEGES, AND NOT ALLOWED MY

FAMILY TO SEND FUNDS BY WESTERN UNION, AND FOR

NOT PROTECTING A GOVERNMENT WITNESS. (PETITIONER IS NOW

BEING HARRASSED)


FEDERAL BUREAU OF PRISONS DIRECTOR LAPPIN

MR. LAPPIN WAS MADE AWARE OF THE

SAME ALLEGATIONS AS MR. MUKASEY AND HOW WHEN

HIS OFFICES REPRESENTATIVES (OR REGIONAL) COME TO PRISONS

FOR TOURS THE PRISON STAFF IS ONLY MAKING THE ORDERLY

RUNNING OF THE PRISON "APPEAR" APPROPIATE UNTIL THE

TOUR LEAVES, HOW ALLOWING FEDERAL EMPLOYESS OF

THE F.B.O.P. TO BRING ANY TOBACCO PRODUCTS INTO

WORK IS CAUSING SERIOUS PROBLEMS AND TAKING THE

PLACE OF DRUGS AS FOR BEING SMUGGLED INTO

THE PRISONS BY STAFF (A $10.00 BAG OF TOBACCO GOES

FOR $3,000.00 EASILY), HOW NOT BANNING THE WEIGHTS

COMPLETELY - TAKING THEM OUT THE OLD PRISONS THAT

ARE STILL ALLOWED TO HAVE THEM - IS CAUSING

PROBLEMS AS FOR CRITICAL ASSAULTS ON PRISONERS (DIP

BARS/PULL-UP BARS TOO). THAT PROGRAM STATEMENT

5100.08 - INMATE SECURITY DESIGNATION AND

CUSTODY CLASSIFICATION IS DISCRIMINATORY TOWARDS

YOUNG AFRICAN AMERICANS THE WAY IT CLASSIFY'S

A PRISONER AND IT IS NOT GOVERNED BY THE CODE

OF FEDERAL REGULATIONS PLUS 18 U.S.C. 3261(b) DOES

NOT EXIST, (SEE ATTACHMENT) AND FOR ALLOWING

WARDEN HOLINKA AND CAPTAIN TRATE TO VIOLATE

CRIMINAL LAW AND POLICY OF THE FEDERAL BUREAU

OF PRISONS EVEN AFTER BEING MADE AWARE BY THE

PETITIONER THROUGH THE U.S. POSTAL OFFICE.

WARDEN HOLINKA

USED EXECUTIVE POSITION OF AUTHORITY AS

WARDEN OF FEDERAL CORRECTIONAL INSTITUTION - OXFORD TO

ILLEGALLY CONFISCATE PETITIONER'S PROPERTY, THREATEN

AND INTIMIDATE HIS LIFE WHILE IN THE SPECIAL HOUSING

UNIT FOR USING THE ADMINISTRATIVE REMEDY PROGRAM/COURTS

TO EXPOSE STAFF CORRUPTION AT THIS PRISON; THAT

CONSIST OF GRAFT, THEFT, EMBEZZLEMENT/MISMANAGEMENT

OF FUNDS OVER $1,000.00, RACIAL DISCRIMINATION,

CONFLICT OF INTREST, EXCESSIVE FORCE AND

CORPORAL PUNISHMENT TOWARDS A GOVERNMENT

WITNESS, AND ALLOWING THE CAPTAIN TO

VIOLATE PROCEDURES OF SECURITY PURSUANT TO THE

CODE OF FEDERAL REGULATIONS. THIS WARDEN

IS IN VIOLATION OF 18 U.S.C. § 241 AND § 242.

THE PETITIONER WOULD LIKE TO MAKE THIS

HONORABLE COURT AWARE THAT WARDEN HOLINKA

HAS UNIFIED STAFF UNDER HER SUPERVISION, TO

COLLECTIVELY AS ONE BODY, DEGRADE, HARRASS, AND

DENY "LEE" BASIC NEEDS TO SUSTAIN LIFE (WHILE

IN THE SPECIAL HOUSING UNIT) LEAVING HIM SUBJECT

TO STAFF RETALIATION FOR EXERCISING HIS FIRST

AMENDMENT CONSTITUTIONAL RIGHT WHICH IS

PROTECTED BY LAW. PETITIONER WILL TAKE

A POLYGRAPH TEST TO PROVE ALLEGATIONS, AND

THE PETITIONER WOULD LIKE AN EVIDENTIARY HEARING OR "TRIAL BY JURY" FOR ALL THE ABOVE ALLEGATIONS, SWORN TO BY THE PETITIONER PURSUANT TO 28 U.S.C. § 1746. THIS IS A PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. 1361 - TO COMPEL OFFICIALS TO PERFORM DUTIES THEY ARE REQUIRED TO BY LAW, THAT HAS BEEN RE-SUBMITTED TO COMPLY WITH CHIEF JUDGE ROYCE C. LAMBERTH OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ORDER DATED 5/20/08.

A COPY OF THIS NEWLY SUBMITTED COMPLAINT/ PETITION WAS SENT TO THE SENATE/U.S. SUPREME COURT.

# RELIEF SOUGHT

**✱** EVIDENTIARY HEARING ON ALL ALLEGATIONS IN THIS PETITION PURSUANT TO 28 U.S.C. § 1361.

FROM U.S. ATTORNEY GENERAL MUKASEY:

1). IMMEDIATE INTERVENTION BY WAY OF FORMAL INVESTIGATIONS OF ALL F.B.O.P. EMPLOYEES INVOLVED/MENTIONED BY PETITIONER. (SEE EXHIBIT "F")

2). ADMINISTRATIVE REVIEW OF PETITIONER'S TIME CALCULATION WHICH WILL BE BASED ON FACTS AND LAW.

3). CONFISCATION OF ALL WEIGHTS IN ALL PRISONS OF THE F.B.O.P.

4). BANNING OF ALL F.B.O.P. EMPLOYEES FROM BRINGING ANY TOBACCO PRODUCTS INTO ANY FEDERAL PRISON FACILITY.

5). REVISEMENT OF PROGRAM STATEMENT 5100.08 - INMATE SECURITY DESIGNATION AND CUSTODY CLASSIFICATION.

FROM F.B.O.P. DIRECTOR LAPPIN

1). IMMEDIATE INTERVENTION BY WAY OF A FORMAL

INVESTIGATION INTO ALL PETITIONER'S ADMINISTRATIVE REMEDIES FILED, AND TRANSFER TO A SECURE LOCATION IMMEDIATELY.

2). INVESTIGATION INTO WHY PETITIONER'S FAMILY IS NOT ALLOWED TO SEND FUNDS TO HIM BY WESTERN UNION FOR OVER A YEAR AND WHY PETITIONER'S PHONE PRIVILEGES WAS TAKEN FOR (90) DAYS MORE WITHOUT A HEARING.

3). SUSPENSIONS (PURSUANT TO POLICY) OF ALL EXECUTIVE STAFF WHILE INVESTIGATIONS ARE ON-GOING. SUSPENSIONS WITHOUT PAY FOR NON EXECUTIVE STAFF THAT ARE BEING INVESTIGATED.

FROM WARDEN HOLINKA

1). IMMEDIATE CONFISCATION OF WEIGHTS.

2). SUSPENSIONS WITHOUT PAY FOR ALL STAFF BEING INVESTIGATED FOR PETITIONER'S ALLEGATIONS.

3). TERMINATION OF EMPLOYMENT AT FCI-OXFORD OF STAFF THAT ARE FOUND TO KNOWINGLY VIOLATE POLICY TO HARRASS PETITIONER FOR EXERCISING HIS FIRST AMENDMENT CONSTITUTIONAL RIGHT.

4). OFFICIAL DOCUMENTATION OF THE PETITIONER'S CONDITIONS AND MOVEMENT DUE TO HIS PLACEMENT IN THE

Special Housing Unit (Staff's Request) for protective custody - For threat about my request for the confiscation of the weights.

The Petitioner would like to make this Honorable Court aware that the relief sought is pursuant to 28 U.S.C. § 1361 and within as well as the so sworn officials duty to provide Petitioner's relief sought. THE ISSUANCE OF THE MANDAMUS IS OF GRAVE NECESSITY.

OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THIS PETITION / COMPLAINT AS TRUE AND CORRECT.

5/27/08
(DATE)

_Mike D. Lu_
(SIGNATURE)

CC: Senate
    U.S. Supreme Court

(11)

# SWORN AFFIDAVIT
## (PURSUANT TO 28 U.S.C. § 1746)

MS. NANCY MAYER-WHITINGTON,
- CLERK OF COURT -

PLEASE BE ADVISED THAT I WANT TO FILE A PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361. I WOULD LIKE TO FILE THIS AGAINST THE U.S. ATTORNEY GENERAL, FEDERAL BUREAU OF PRISONS DIRECTOR, WARDEN HOLINKA, AND CAPTAIN TRATE TO COMPEL THEM TO DO THEIR DUTIES. THIS PETITION IS OF GRAVE NECESSITY DUE TO THE SERIOUSNESS OF THE ALLEGATIONS, THE LENGTH OF TIME THIS HAS BEEN GOING ON, THE PEOPLE INVOLVED, AND BECAUSE THE RESPONDENT(S)/DEFENDANT(S) MENTIONED HAVE COME TOGETHER AS ONE BODY TO PLACE ME IN THE SPECIAL HOUSING UNIT AT FEDERAL CORRECTIONAL INSTITUTION - OXFORD AND NOT FOLLOW POLICY. THIS WAS DONE TO MONITOR ME, HARRASS ME PHYSICALLY AND MENTALLY ENOUGH TO HAVE ME SIGN OFF MY CLAIMS, WITH MURDER OF ME, MILES ORLANDO LEE AS A FINAL RESULT (IN THE FORM OF AN ACCIDENT, SUICIDE, ETC.). THIS IS NOT MALICIOUS IN ANY FORM, I HAVE INFORMATION FEDERAL EMPLOYEES WANT ME KILLED OVER BEFORE I EXPOSE.

# OATH

I SWEAR UNDER PAIN AND PENALTY OF PERJURY THAT THIS STATEMENT IS TRUE AND CORRECT.

5/27/08
(DATE)

_Miles O. Lee_
(SIGNATURE)

C: SENATE
   U.S. SUPREME COURT

"A" EXHIBIT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

*ORIGINAL PETITION ENCLOSED! I FILED A WRIT OF MANDAMUS AND WAS SENT BACK THESE EXHIBITS AND ORDER. I COMPLIED AND RE-SUBMITTED ANOTHER WRIT OF MANDAMUS, WITH FINANCIAL STATEMENTS.*

Miles O. Lee
_____
          Plaintiff

v.

Attorney General of the US, et al.,
_____
          Defendant

**ORDER**

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ✓ ]  Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ✓ ]  Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ✓ ]  Your COMPLAINT must bear your original signature.

[ ✓ ]  Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ]  You **must** file a Motion for Leave to File because: _____
_____

[ ✓ ]  OTHER: If you wish to file a new case with this court, please comply with the filing instructions that are enclosed.
_____

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

5/20/08
_____
Date

**LAMBERTH, C.J. RCL**
Chief Judge Royce C. Lamberth

s:\Forms\Pro Se Return Doc. Letter

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

## DO NOT WRITE ON SAMPLE FORM

YOUR NAME
YOUR FACILITY ADDRESS
CITY, STATE & ZIP CODE
YOUR PRISONER IDENTIFICATION NO.


    VS.                                   CIVIL ACTION NO. (To be filled in by Clerk)


DEFENDANT(S) NAME(S)
THEIR ADDRESS
CITY, STATE & ZIP CODE


### COMPLAINT

**DO NOT WRITE ON SAMPLE FORM**

SET FORTH THE FACTS OF YOUR CASE.

ON THE LAST PAGE OF YOUR COMPLAINT, SPELL OUT THE RELIEF YOU ARE REQUESTING FROM THIS COURT.

IF YOU ARE ASKING FOR A TRIAL BY JURY, YOU MUST STATE THIS IN YOUR COMPLAINT.

IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR COMPLAINT.


                                         ORIGINAL SIGNATURE (IN PEN)

                                         YOUR NAME
                                         YOUR FACILITY ADDRESS
                                         CITY, STATE & ZIP CODE

Rev. 4/06
PR

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## INSTRUCTIONS TO PRISONER LITIGANTS
## REGARDING THE FILING OF A CIVIL COMPLAINT AND
## APPLICATION TO PROCEED IN FORMA PAUPERIS

Listed below, you will find very important information relating to the preparation of a civil complaint for filing in this Court. **Please read the instructions carefully.** The filing fee for a civil action is $350.00. Pursuant to the amendments to 28 U.S.C. § 1915, a prisoner must pay the full filing fee when bringing a civil action. If, however, insufficient funds exist in the prisoner's account, the court must assess a partial filing fee. Thereafter, the prisoner is required to make monthly payments of the preceding month's income. The agency having custody of the prisoner must forward payments from the prisoner's account to the Clerk of Court each time the amount in the account exceeds $10.00, until the filing fee is paid.

You may request permission from the court to proceed in forma pauperis, following the assessment of the initial filing fee, by completing the enclosed Application to Proceed without Prepayment of Fees and Affidavit.

⇨ The name of this Court must be written at the top of the first page of your complaint. (Sample format attached).

⇨ Your **name**, **address** and **prisoner identification number** must appear in the caption. All defendants **must** be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant. Please provide the address of each named defendant.

⇨ The word **COMPLAINT** must appear under the caption. Clearly set out your grievance in the body of the complaint, name those against whom you have a grievance, and what you would like the Court to do to correct the situation.

⇨ Your complaint must be **legibly** handwritten or typed on white, letter-size (8 1/2 x 11 inch) paper. Write only on the front of each page. Your complaint **must** be double-spaced. If you are requesting a jury trial, the jury demand must be stated in your complaint. You **must** originally sign your complaint in ink.

⇨ A Petition for Writ of Habeas Corpus or a complaint under 42 U.S.C. § 1983, submitted by anyone incarcerated in a District of Columbia facility, **must** be on Court approved forms. The filing fee for a habeas corpus petition is $5.00.

⇨ You **must** file the originally signed complaint, as well as the originally signed Application to Proceed without Prepayment of Fees. In addition, you are required to file a Consent to Collection of Fees from Trust Account form, Prisoner Trust Account Report, and a six-month certified copy of your prison trust account statement.

⇨ Preparation of the summons will be the responsibility of the Clerk's Office. If you are granted your request to proceed in forma pauperis, your summons and complaints will be served by the U.S. Marshal, when the Judge so directs.

⇨ Please mail your complaint and all other appropriate documents to: U.S. District Court Clerk's Office, 333 Constitution Avenue, NW, Room 1225, Washington, DC 20001.

NANCY MAYER-WHITTINGTON, CLERK

PROPERTY OF FCI
LAW LIBRARY

U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

PROPERTY OF FCI
LAW LIBRARY

OPI: CPD/CPB
NUMBER: P5100.08
DATE: 9/12/2006
SUBJECT: Inmate Security
Designation and Custody
Classification

1. **PURPOSE AND SCOPE.** This Program Statement provides policy and procedure regarding the Bureau of Prisons inmate classification system. The classification of inmates is necessary to place each inmate in the most appropriate security level institution that also meets their program needs and is consistent with the Bureau's mission to protect society.

*(handwritten: THAT STATUTORY DO NOT EXIST AT FCI-OXFORD LAW LIBRARY)*

The Bureau's classification, designation and redesignation procedures are consistent with the statutory authority contained in 18 U.S.C. § 3261(b). All classification, designation and redesignation decisions are made without favoritism given to an inmate's social or economic status.

2. **PROGRAM OBJECTIVES.** The expected results of this Program Statement are:

    a. Each inmate will be placed in a facility commensurate with their security and program needs through an objective and consistent system of classification which also allows staff to exercise their professional judgement; and,

    b. Staff will systematically and objectively review an inmate's classification making the environment in which they are housed safer for both inmates and staff while protecting the public from undue risk.

3. **SUMMARY OF CHANGES.** This revision incorporates Executive Staff decisions 03-04-05 and 99-03-03, as well as other procedural changes such as the movement of most designation/redesignation functions (04-08-17) to the Designation and Sentence Computation Center (DSCC), Grand Prairie, Texas.

    a. The scoring item "Type of Prior Commitment" has been replaced with "Criminal History Score." (Chapter 4, Page 8 and Chapter 6, Page 5)

PROPERTY OF FCI

# SWORN AFFIDAVIT
## (PURSUANT TO 28 U.S.C. §1746)

WARDEN HOLINKA,

I DO NOT WISH TO SIGN OFF ANY OF THE ADMINISTRATIVE REMEDIES I FILED! DUE TO STAFF CONDUCT TOWARDS ME OVER THE WEEKEND I AM ASKING FOR (7) BP-9's! PLEASE BE ADVISED THAT I DO NOT THINK THIS IS A GAME NOR DO I APPRECIATE THE CONDITIONS I AM LIVING IN OR THE RULES AND PROCEDURES THAT ARE NOT BEING FOLLOWED WHEN I'M INVOLVED. YOUR STAFF IS INVOLVED IN A SOPHISTICATED FORM OF HARRASSMENT THAT BOILS DOWN TO HEARSAY THAT IS VERY HUMOROUS. (TO THEM) HOWEVER, I WILL BE FILING ON EVERYTHING THAT CAN BE PROVEN TO SHOW THIS PATTERN OF HATE TOWARDS ME FROM YOUR STAFF. YOU AND YOUR STAFF FROM DAY ONE DID NOT INTEND TO GRANT ME THE OPPORTUNITY TO PROGRAM BEFORE GOING TO SOCIETY, WHICH IS WHY ALL THIS GOT STARTED AND I CAN/WILL PROVE THAT. GET YOUR STAFF TO BACK OFF AND DO THEIR JOB! I INTEND TO BRING MY ALLEGATIONS OUT INTO THE LIGHT NO MATTER WHAT YALL SAY/DO TO ME. LET ME RE-FILE MY WRIT OF MANDAMUS/REMEDIES WITHOUT THIS NON-SENSE! PLEASE.

## OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT THIS SWORN AFFIDAVIT IS TRUE AND CORRECT.

5/27/08
(DATE)

_Miles O. Pee_
(SIGNATURE)

CC: SENATE
    U.S. SUPREME COURT

# SWORN AFFIDAVIT
## (PURSUANT TO 28 U.S.C. § 1746)

I AM ON HUNGERSTRIKE AS OF TODAY, 5/30/08,

DUE TO STAFF PLAYING WITH MY FOOD, MAKING THREATS

AGAINST ME FOR ASKING THROUGH THE ADMINISTRATIVE REMEDY PROGRAM

THAT THE WEIGHTS BE CONFISCATED ALONG WITH OTHER

REMEDIES I FILED, EXECUTIVE DUTY OFFICERS / COUNSELAR HARRASSING

ME, DENYING OF ACCESS TO MY LEGAL MAIL AND TO THE

COURTS, NOT PROVIDING ME WITH ADMINISTRATIVE REMEDIES, POSTAGE,

OR COPIES (I'M INDIGENT), AND FOR ATTEMPTING TO COVER-UP

CAPTAIN TRATE'S WIFE ILLEGAL ACTIONS (OTHER EMPLOYEES ALSO).

I HAVE A HISTORY OF GOING ON HUNGERSTRIKES THE

LAST YEAR WHICH IS BECAUSE I BEEN TRYING TO TELL F.B.I.

AGENT ROGER RAMEREZ OR THE ASSISTANT ATTORNEY GENERAL

WHO I COOPERATED WITH, I HAVE BEEN EXPOSED. FURTHERMORE,

F.B.O.P. STAFF HAVE BEEN OBSTRUCTING JUSTICE AND

ATTEMPTING TO USE A SOPHISTICATED SYSTEM TO KILL ME

UNDER THE GUISE OF SOMETHING ELSE TO ALSO PREVENT ME

FROM TELLING THE WHOLE TRUTH. UNTIL I GET ONE CHANCE

TO PROVE ALL MY ALLEGATIONS THROUGH THE PEOPLE I

MENTIONED, WHO I PASSED A POLYGRAPH TEST FOR, IN

A VIDEO DEPOSITION FOR IN 2005, AND AGREED TO TESTIFY

FOR, I WILL NOT COME OFF THIS STRIKE! I SHOULD

NOT HAVE TO GO THROUGH THIS TO SPEAK WITH MY LIAISONS

WHERE IT CAN BE VERIFIED THROUGH B.O.P. VISITING AND

PHONE LOGS I AM TELLING THE TRUTH. ALSO WARDEN

KEFFER AND CAPTAIN MARQUEES OF USP POLLOCK

WILL BOTH VERIFY THAT I GAVE THEM MY WORD

TO PROGRAM AND GO HOME UPON TRANSFERING HERE.

AND THAT I SPEAK THE TRUTH WHEN IT COMES

TO STAFF CORRUPTION ALLEGATIONS. THIS LOCK-UP OF A PROTECTIVE CUSTODY ORDER AND THE REASON BEING BECAUSE OF A SERIOUS THREAT ABOUT ME WANTING THE WEIGHTS CONFISCATED IS BOGUS. WARDEN HOLINKA GAVE CAPTAIN TRATE )ER LT. JOHNSON THE ORDER WHICH WAS RETALITORY AND TO STOP ME FROM EXERCISING MY 1RST AMENDMENT CONSTITUTIONAL RIGHT. I WILL PROVE IT NO DOUBT!

OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT THIS STATEMENT ABOUT MY HUNGERSTRIKE IS TRUE AND CORRECT.

5/30/08
(DATE)

Miles O. Lee
(SIGNATURE)

2C: SENATE
    U.S. SUPREME COURT

**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prison      **Administrative Detention Order**

FCI OXFORD, WI.
Date/Time: 05/21/08   2:50pm

UNIT: Marquette

TO      :Special Housing Unit Officer

FROM  : S. Johnson, Lieutenant  (Name/Title)

SUBJECT: Placement of Lee, Miles     Reg.#11199-040   in Administrative Detention

____ (a) Is pending a hearing for a violation of Bureau regulations:
____ (b) Is pending investigation of a violation of Bureau regulations:
____ (c) Is pending investigation or trial for a criminal act:
XX (d) Is to be admitted to Administrative Detention

      ____ (1) Since the inmate has requested admission for protection:

I hereby request placement in Administrative Detention for my own protection.
                Inmate Signature/Register No.:_____
                Staff Witness Printed Name/Signature:_____
   xx (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission: referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

____ (e) Is pending transfer or is in holdover status during transfer:
____ (f) Is pending classification: or
____ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or the security or orderly running of the institution because

**YOU WERE PLACED IN ADMINISTRATIVE DETENTION FOR PROTECTION DUE TO A POSSIBLE THREAT AGAINST YOUR PERSON.**

Therefore, the above named inmate is to be placed in Administrative detention until further notice.  The inmate received a copy of this Order on: (date / time)  05/21/08  3:15pm _____

Staff Witness Signature/Printed Name _____  /D. Gleason _____
*In the case of DHO action, reference to that order is sufficient. In other cases, the officer will make an independent review and decision, which is documented here.
cc:      Inmate Concerned, Captain, Administrative Detention Lieutenant, Unit Manager, Central File.
        BP-308(52) JANUARY 1988

# SPECIAL HOUSING UNIT RULES AND REGULATIONS

The following list of rules and regulations pertain to all inmates who are admitted to Special Housing Unit. All inmates shall follow all rules and regulations while housed in the Special Housing Unit. Inmates who fail to abide by the rules and regulations will be subjected to disciplinary actions.

**UNIT/CELL SANITATION:** All cells will be maintained at the highest level of sanitation at all times. All beds will be made daily between the hours of 7:30 A.M. till 4:00 P.M. on weekdays and 9:00 A.M. till 4:00 P.M. on weekends and holidays. All cells will be maintained and clean on a daily basis.

**NOTE: All items will be neatly stored under the bed.**

No trash, garbage, linen, towels or clothing items are to be flushed down the toilets. A special trap system has been installed, these items will not pass into the main sewer system and will be caught in the individual cell toilet causing an overflow of that toilet. Items retrieved from these individual toilet traps will be attributed to the occupants of the cell, who will be subject to disciplinary action.

**LAUNDRY:** Inmate clothing will be distributed three (3) times weekly. Inmates housed on "A" range will receive clothing on D/W during shower times. "C" and "B" ranges will receive their clothing on E/W. SHU staff will perform clothing and linen exchange for inmates in the Special Housing Unit (SHU). The following schedule will be utilized:

**MONDAY:** Clothing/towel exchange and linen exchange.
**WEDNESDAY:** Clothing/towel exchange.
**FRIDAY:** Clothing/towel exchange.
**LINEN WILL NOT BE USED AS A TENT TO COVER THE LOWER BUNK. TOWELS WILL NOT BE USED TO COVER LIGHTS.**

**SUPPLIES / HYGIENE ITEMS:**
**RAZORS:** Will be issued three times per week by the E/W officer upon request for (B&C Range) ranges. Razors will be inspected upon return. Anyone who tampers with the razors will receive disciplinary action.
**HYGIENE:** Soap, toothbrushes, toothpaste and shaving cream will be issued once per week on a 1 for 1 exchange basis. Toilet paper issued with a empty roll exchange.
**SUPPLIES:** Writing pads, pencils and envelopes will be issued once per week by the E/W staff.
**LIGHTS:** Range lights in the Special Housing Unit will be turned on at 6:00 AM daily. Lights will be dimmed at 10:00PM. Cell lights will never be completely turned off.
**MAIL:** Mail for all inmates will be delivered, Monday through Friday, by the E/W SHU staff. Inmates in Disciplinary Segregation will have magazines/books received placed into their personal property. Inmates will receive notification of all such items.

11199-040

This copy belongs to inmate LEE

This copy belongs to inmate LEE

11199-040

11199-040

This copy belongs to inmate LEE

This copy belongs to inmate LEE

11199-040

**TELEPHONE PRIVILEGES:** All inmates housed in the Special Housing Unit will be allowed one (1) fifteen minute ITS social phone call 30 days after arriving in SHU by submitting an Inmate Request to Staff Member to the SHU staff. Inmates will submit an Inmate Request to Staff Member to request a Legal phone call.

The Unit Team is responsible for making all non-monitored and non-recorded calls. Phone calls will be conducted by the Seg #3 Officer on Evening shift unless approved by the SHU Lieutenant. **All telephones are subject to monitoring. Your use of the telephone constitutes consent to this monitoring.**

**FOOD ITEMS:** Other than approved commissary items, no food items will be permitted to be retained in the cells. Food trays will be returned or an incident report will be written.

**RECREATION:** All inmates will be given the opportunity for recreation at a minimum of five (5) hours per week. Inmates must be in complete Institutional issued clothing and properly worn. Inmates will be pat searched before entering and departing the recreation area. **NO PERSONAL PROPERTY OF ANY KIND IS ALLOWED IN THE RECREATION AREA.** Recreation will be conducted between the hours of 7:30 AM to3:00 PM. Prior to going out for recreation, the inmate's cell sanitation level must being in compliance SHU rules. **Inmates have the responsibility to ask the SHU Officer for recreation during the serving of the morning meal, request will only be taken at that time.**

**LEGAL LIBRARY:** Inmates will be allowed use of the legal library upon request by submitting an Inmate Request to Staff Member. Additional legal materials will be furnished by the Education Department upon submission of an Inmate Request to Staff Member. The Education Department will deliver legal materials two times a week. There will be no copies made via copier.

**COMMISSARY:** Inmates housed in the Special Housing Unit will be allowed to purchase authorized commissary items from the commissary list once a week. Order forms will be passed out and collected from all inmates desiring to make commissary purchases.

**HAIRCUTS:** An inmate barber will be assigned by the Segregation Lieutenant. The inmate barber will be provided by the FCI barber detail. Haircuts will be conducted on Saturdays or Sundays at the discretion of the SHU #1 officer. Inmates may receive a haircut after being in SHU for 30 days and then 45days there after.

**OFFICIAL COUNTS:** There will be at a minimum five counts per day. The daily 4:00 PM Count and the 10:00 AM Count on weekends and holidays are **STANDING COUNTS.** Inmates will stand in their assigned cell to be counted by the counting officers.

**READING MATERIALS:** A/D Inmates may possess reading materials, not to exceed (2) books and (1) magazine/newspaper "current issue" at one time. D/S inmates may possess (2) books and (1) newspaper "current issue" at one time, and a bible or Koran upon request. A book cart is available upon request, however the (2) book limit will remain in effect.

**RADIOS:** Inmates Housed in Administrative Detention will only be allowed to have clear walkman type radios in their cells, inmates housed on Disciplinary Segregation status are not allowed radios in their cells.

**VISITING:** Inmates housed in the Special Housing Unit will be allowed visits on regular visiting days as the rest of the general population. Special Housing unit visiting will be conducted via the non contact system. Visits will be 1 hour in length only, no exceptions.

**MEDICAL TREATMENT:** All inmates will have the opportunity to see a medical staff member daily. Inmates with special medical needs or requirements such as emergencies, will be seen whenever the need arises. Sick Call slips are issued upon request from the SHU staff and duty P.A.. The P.A. will pick up the sick call slips in the morning rounds.

**WRITING OR PICTURES ON WALLS:** No writing on the walls and items will not be allowed to hang on walls or showers.

**CELLS:** Cells will be searched periodically. Each inmate will sign a cell conditions form upon entering the Special Housing Unit. Inmates are to remain quiet with no yelling or kicking/hitting cell doors. All cells must pass inspection prior to any inmates being released from SHU.

**STRIP SEARCH/METAL DETECTOR:** All inmates will be strip searched, searched via metal detector (hand held), and subject to Urinalysis and Alco-Sensor testing upon entering the Special Housing Unit.

**CELL ROTATION:** All inmates will be rotated at least every twenty one days to a different cell or as deemed necessary by SHU staff. Each cell will be inspected for sanitation/damage. Incident reports will be written for discrepancies noted.

**PERSONAL PROPERTY:** Inmates in the Special Housing Unit will be given approved items once the property has been inventoried and delivered to the Special Housing Unit.

11199-040

This copy belongs to inmate LEE

This copy belongs to inmate LEE

11199-040

# ALL ROOMS WILL BE AS FOLLOWS

1. Nothing on the desks.
2. Nothing on the grill bars to include cups.
3. Everything under the bed will be organized.
4. The bottom shelves of the desk will be organized. If it does not fit you have too much.
5. The floor will be clean, nothing will be laying in the middle of it.
6. Nothing will be stuck to, tied to or applied in any way to the cell light.
7. Nothing will be stuck to, tied to or applied in any way to the cell walls.
8. The bed will be made, the blanket and sheets tucked under the mattress, hours of 8:00am to 4:00pm.
9. Shoes will be neatly placed and stored under the bed.
10. No writing on any part of the cell any Graffiti found any where in the cell is subject to disciplinary action.
11. Do not pick, scratch or remove any paint from the surfaces of the cell.
12. During the hours of 7:30am and 4:00pm jump suits will be worn.
13. No clothing items will be worn on the head.
14. Inmates are allowed 1 open and 1 new hygiene item only purchased from commissary while in the special housing unit.

Items placed back in inventory will not be retrieved for a period of 30 days from placement. No exceptions.

**FAILURE TO COMPLY WITH ANY OF THE RULES FOR THE SPECIAL HOUSING UNIT IS SUBJECT TO DISCIPLINARY ACTION.**

11199-040

This copy belongs to inmate LEE

This copy belongs to inmate LEE

LEE

11199-040

"F" EXHIBIT

(WARDEN) HOLINKA                    (WARDEN) LINDSEY
(S.O.E.) CONELY                     (AW) KAREM
FCI-OXFORD) RDAP PROGRAM CORDINATOR REIM    (CAPTAIN) LARA
(CAPTAIN) TRATE                     (PSYCH) COOK
(COMMISSARY) McELLIGOTT             (REMEDY COORD.) NICHLIN   AD.
(U/M) ROBINSON                      (SIS) PERIN
(COUNSELOR) STURZL                  (S.O.E.) NICHLIN
(COUNSELOR) EDGECOMB                (U/M) LINDSEY
                                    (U/M) SAMPLE
                                    (COUNSELOR) GAMBONE
(AW) ENDFIELD                       (COUNSELOR) DUNSTONE
(CHIEF PSYCH.) HUGHES               (C/M) J. REIBSOME
(R&D SUPERVISOR) GUILLORY           (TEACHER) YZIEK
(LT.) BOWERS                        (TEACHER) GUY-POTTER
(C/O) HUNT                          (TEACHER) ZEVAN
(C/O) JENKINS                       (LT.) FOREMAN
(C/O) DEVILLE                       (C/M) MOSER
                                    (C/O) SHANELY
(AW) STRADA                         (DHO) BELL
(S.I.A.) HOEKMAN                    (COUNSELOR) HICKS
(FOOD SERVICE) SHILO
(COUNSELOR) RICE                    (REGIONAL DIRECTOR) DOVRILL
(U/M) ADAMI                         (REGIONAL DIRECTOR) MALDONADO JR
FOOD ADM.) ROGERS
(DHO) CHAMBERS                      (U/M) JULLIAN
(FOOD SUP.) LOFTON                  (C/M) RAY
(LIBRARIAN) HUMMEL
(RN) SEE HUNGERSTRIKE

# SWORN AFFIDAVIT
## (PURSUANT TO 28 U.S.C. § 1746)

DEAR SENATOR/HON. SUPREME COURT JUSTICE:

IF I HAPPEN TO DIE FOR ANY REASON BEFORE YOU GET THIS LETTER PLEASE ASK FOR A FULL INVESTIGATION. WHY? I HAVE INFORMATION THAT FEDERAL EMPLOYEES WANT TO KILL ME FOR BEFORE I EXPOSE THEM. THERE ARE (2) SIDES TO A STORY, I'M WILLING TO TAKE A POLYGRAPH TEST FOR ALL MY ALLEGATIONS AND WITH ONLY 19 MONTHS LEFT I WILL CONSENT TO THE MAXIMUM PENALTY A PERJURY CHARGE CARRIES PLUS SUPERVISE RELEASE VIOLATION SENTENCE ADDED ON IF I AM LYING. I WILL NOT GIVE SPECIFIC FACTS TO NO ONE WITHIN THE FEDERAL BUREAU OF PRISONS, OR ATTORNEY GENERAL'S OFFICE FOR IT IS A FACT THEY WANT THE INFORMATION TO COVER UP. "EVERY" CRIME I HAVE BEEN IMPRISONED FOR I PLED GUILTY TO AND IT WAS DRUG RELATED (CRACK), I EVEN ASKED MY JUDGE COULD I GO TO IRAQ AND FIGHT INSTEAD OF DOING THIS (63) MONTH SENTENCE FOR GOING IN A BANK WITH A DEMAND NOTE GETTING $1,453.00. I EVEN PASSED A POLYGRAPH TEST AND TOOK A VIDEO DEPOSITION FOR THE ASSISTANT ATTORNEY GENERAL (WHO WAS PRESENT) ABOUT A HIGH PROFILE MURDER TO CONVICT A MURDERER. WHILE INCARCERATED FOR THIS SENTENCE I POINTED OUT THAT

(1)

(22) MONTHS GOOD TIME IS OWED TO ME AND STAFF AGREED.
SOME STAFF DIDN'T, I STARTED FILING PAPERWORK. AFTER
DOING EVERYTHING THAT LAW AND POLICY STATED FOR ME TO
DO ONLY TO BE SEXUALLY ASSAULTED, ASSAULTED, AND MORE I
DEDICATED MY WHOLE BEING TO EXPOSING CORRUPT STAFF
AND CRIMINAL CONDUCT OF FEDERAL EMPLOYEES OF THE FEDERAL
BUREAU OF PRISONS. I WROTE TO THE ATTORNEY GENERAL,
NO RESPONSE! NOW I AM AT FEDERAL CORRECTIONAL
INSTITUTION- OXFORD AND ITS THE SAME, RETALIATION FOR
EXERCISING MY FIRST AMENDMENT CONSTITUTIONAL RIGHT. ONLY
THING IS WARDEN HOLINKA AND CAPTAIN TRATE IS INVOLVED
IN CRIMINAL CONDUCT PURSUANT TO 18 U.S.C. § 241 AND
§ 242. OTHER EMPLOYEES CONDUCT RANGE FROM ALLOWING
MURDERS TO HAPPEN (KNOWINGLY) TO EMBEZZLEMENT OF
HUNDREDS OF THOUSANDS DOLLARS OF GOVERNMENT FUNDS.
THESE EXECUTIVE EMPLOYEES INVOLVED HAVE WITH CLERK
OF COURTS AND U.S. MAGISTRATE AND DISTRICT COURT JUDGES TO
PREVENT ME FROM EXPOSING THE TRUTH. LOOK AT LEE V.
LINDSEY; LEE V. STRADA; LEE V. BURKE; AND LEE V. WILLIAMSON.

    I DO NOT DESERVE THIS THE FACTS WILL
SHOW WITHOUT A DOUBT I SPEAK THE WHOLE TRUTH
AND NOTHING BUT THE TRUTH. SO IN THE EVENT THAT
MY CIVIL CASES GET DISMISSED NOT BASED ON THE
MERITS, OR CLERK OF THE COURT NANCY MAYER-WHITTINGTON

SENDS MY COMPLAINT (PETITION FOR WRIT OF MANDAMUS) BACK TO ME, PLEASE KEEP THIS FILED. ANY ASSISTANCE FROM CONGRESS WILL BE APPRECIATED. (SEE EXHIBITS)

**(NOTE):**   WARDEN HOLINKA AND CAPTAIN TRATE ARE NOT FOLLOWING POLICY WHEN IT COMES TO ME AND INSTEAD OF TRYING TO RESOLVE PART OF THIS PROBLEM, ARE MENTALLY TORTURING ME WHILE IN THIS SPECIAL HOUSING UNIT. THIS IS TO PROVOKE ME INTO CONFRONTATION TO USE EXCESSIVE FORCE AGAINST ME. (DEADLY FORCE)

# OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT THIS SWORN AFFIDAVIT, CONSISTING OF THREE PAGES, ARE TRUE AND CORRECT.

5/27/08
(DATE)

Mila O. Lee
(SIGNATURE)

CC: SENATE
    U.S. SUPREME COURT

(3)

# CERTIFICATE OF SERVICE

I, MILES ORLANDO LEE _____, HERBY CERTIFY UNDER PENALTY OF PERJURY THAT A TRUE AND CORRECT COPY OF THE PETITION FOR WRIT OF MANDAMUS - RESUBMITED HAS BEEN DELIVERED TO THE BELOW LISTED PARTIES, BY PLACING THE DOCUMENT(S) IN A POSTAGE PAID ENVELOPE AND MAILING SAID ENVELOPE VIA UNITED STATES MAIL THIS JUNE, DAY OF 3RD, 2008, TO:

\* ATTORNEY GENERAL OF THE UNITED STATES - MUKASEY
DEPARTMENT OF JUSTICE BUILDING
950 PENNSYLVANIA AVE.
WASHINGTON, DC 20534

\* HON. ASSOCIATE JUSTICE DAVID SOUTER
SUPREME COURT OF THE UNITED STATES
1 FIRST STREET, N.E.
WASHINGTON, DC 20543

\* F.B.O.P. DIRECTOR LAPPIN
CENTRAL OFFICES
320 FIRST STREET
WASHINGTON, DC 20534

\* UNITED STATES SENATE
ATTN: ( SENATE COMMITTEE ) CIVIL RIGHTS
OR JOHN KERRY (SENATOR)
950 PENNSYLVANIA AVE.
WASHINGTON, DC 20534

\* WARDEN HOLINKA
FEDERAL CORRECTIONAL INSTITUTION - OXFORD
P.O. BOX 1000
OXFORD, WI. 53952

# OATH

THE ABOVE STATEMENT IS TRUE AND CORRECT I DECLARE UNDER PERJURY PURSUANT TO 28 U.S.C. § 1746.

6/3/08
(DATE)

Miles O. Lee
(SIGNATURE)

F
08-1091
EGS

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Miles Orlando Lee

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

Pro Se (PP)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
# 11199 - 040

## DEFENDANTS

U.S. Attorney General Mukasey, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01091
Assigned To : Huvelle, Ellen S.
Assign. Date : 6/25/2008
Description: Pro Se Gen Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☒ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant

- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.

- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

O

| ☐ **G.** *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1361

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** 0 Check YES only if demanded in complaint **JURY DEMAND:** ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 6/23/08 SIGNATURE OF ATTORNEY OF RECORD NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.