UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Miles Orlando Lee,           ) | |
|                              ) | |
|        Petitioner,           ) | |
|                              ) | |
|    v.                        ) | Civil Action No. 08-1091 |
|                              ) | **FILED** |
| U.S. Attorney General Mukasey, *et al.*,  ) | JUL - 1 2008 |
|                              ) | NANCY MAYER WHITTINGTON, CLERK |
|        Respondents.          ) | U.S. DISTRICT COURT |

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is this 30th day of June 2008,

**ORDERED** that respondent, by counsel, shall, within 60 days of service of a copy of this Order and the Petition for Writ of Mandamus, file with this Court and serve on the petitioner a statement showing why the writ should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondents and the United States Attorney for the District of Columbia.

_____
United States District Judge