UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILES ORLANDO LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1091 (ESH) |
| ) | |
| U.S. ATTORNEY GENERAL MUKASEY ) | |
| *et al.*, ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED the complaint for mandamus be, and hereby is, DISMISSED for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b)(1). This decision operates as a "strike" for purposes of 28 U.S.C. § 1915(g). It is

FURTHER ORDERED that the Order to Show Cause issued July 1, 2008 be VACATED. The defendants are under no obligation to respond to this complaint.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).

 

Date: July 14, 2008

ELLEN SEGAL HUVELLE
United States District Judge