SWORN AFFIDAVIT
(PURSUANT TO 28 U.S.C. § 1746)



CLERK OF COURT,

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG - 8 2008

RECEIVED

Received
Mail Room

AUG - 8 2008

United States Court of Appeals
District of Columbia Circuit

C.A. 08-1091 (ESH)

I WANT TO APPEAL THE WRIT OF MANDAMUS, CIVIL ACTION NO. 08-1091 AND FILE JUDICIAL MISCONDUCT CHARGES ON HON. ELLEN SEGAL HUVELLE (UNITED STATES DISTRICT JUDGE). I AM PRO-SE, IN DANGER, AND BEING DISCRIMINATED AGAINST BY MY GOVERNMENT (SPECIFIC EMPLOYEES) FOR SPEAKING THE TRUTH. SOMEONE ON THAT SIDE OF THE FENCE (I'M INCARCERATED RIGHT NOW) HAS TO AGREE AFTER REVIEWING ALL OF THE FACTS INVOLVED! * I'VE BEEN IN TRANSIT FROM (6-31-08) TO (7-24-08)!

## OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT THE ABOVE SWORN AFFIDAVIT IS TRUE AND CORRECT.

Miles O. Lee
(SIGNATURE)

7/29/08
(DATE)

*FIRST MANDAMUS DISMISSED !*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

AUG - 8 2008

RECEIVED

Miles Orlando Lee
            (PETITIONER),

V.

Attorney General Of The United States,
Federal Bureau Of Prisons Director-
Mr. Lappin, Federal Correctional
Institution Warden- Ms. Holinka, and
all others known and unknown.
                    (RESPONDENTS)./

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL CASE NO._____

PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361

NOW COMES the undersigned, Miles Orlando Lee, Pro-Se, and moves this Honorable Court to issue order's compelling sworn officials to comply with their Constitutionally Sworn Oath. Where said officials are knowingly violating Federal Law, thereby disrupting the orderly running of the institution by way of cruel and unusal act(s) under color of law all in violation of their oath of office. The Petitioner hereby set forth the following redress of grievances under the First Amendment stating the numerous violations below:

1). The Sworn Officials are Racially Discriminating against African Americans from entering and completing GOVERNMENT FUNDED PROGRAMS at this facility.

2). The Respondents are allowing FEDERAL PRISONERS to continue to build upper body strength with the continued use of weights which are banned at over 90% of all other Federal Prisons.

3). The Respondents refuse to provide information about Inmate Trust Funds and Commissary Funds which are being misused by Staff at this facility.

4). The Respondents are BLATENTLY not following PROGRAM STATEMENTS or the CODE OF FEDERAL REGULATIONS Policies that ALL Federal Employees who are employeed by the Federal Bureau Of Prisons, must follow.

5). Executive Officer at this facility is allowing other Respondents to be employed in positions that they are not qualified for nor have the training to be in.

6). The Respondents are denying the Petitioner FULL ACCESS to the Courts obstructing justice to prevent allegations with merit from being investigated.

7). The Petitioner is being denied FULL BENEFITS from the Residential Drug Abuse Program for previous filed Administrative Remedies and active Litigation in the Courts against Federal Bureau Of Prisons Employees.

The above unconstitutional illegal act(s) #1 thru #7 are carried out covertly under color of law in violation of 18 U.S.C. § 241 and § 242. Petitioner move(s) this Honorable Court for a Evidentiary Hearing in regard to the above allegations, all sworn to by Petitioner pursuant to 28 U.S.C. § 1746. Petitioner further move(s) this Honorable Court for a PROTECTION ORDER directing and prohibiting said sworn officials from using their sworn power and official status against Petitioner for asserting his Constitutional Rights. The issuance of the Mandamus is of grave necessity.

CONCLUSION

Wherefore Petitioner points out his fears to this Honorable Court making known that there is a urgent need for a PROTECTED ORDER. Thereby restraining said Respondents from using their power to bring any more serious bodily harm to Petitioner. Where Respondents past action demonstrate that, under review they will carry out any and all act(s) under a color of law, Petitioner wants the record to reflect that he has no issues with authority and would like to program but is not being given a opportunity free of retalitory acts.

Respectfully Submitted,

*Miles O. Lee*

MILES ORLANDO LEE

Dated: 5/15/08

SUMMARY OF FACTS
FOR (PETITION) WRIT OF MANDAMUS

(ISSUES)

1). Staff at Federal Correctional Institution-Oxford who are responsible for Chaplin Services, Law Library Services, Unicore, Food Services, Post-Education Services(COLLEGE), Residential Drug Abuse Program, Health Services, and for who hires/terminates Federal Employees at this facility are DISCRIMINATING AGAINST AFRICAN AMERICANS AND THE PETITIONER by allowing Caucasian Americans who work at this facility and who are housed at this facility, to recieve better jobs, recieve better pay, recieve more benefits, and blatently discriminate against African American Prisoners who have no ways and means of resolving this issue. The racial disparity between Caucasian and African Americans at this facility with prisoners and employees are so severe that if Congress, The Senate, or the Department Of Justice would take IMMEDIATE ACTION against the Executive Officer of this Federal Prison. Due to fear of serious body harm or Staff covering up the Petitioner's allegations a evidentiary hearing would be sufficient and necessary to give SPECIFIC FACTS.

2). A law was passed that banned any Federal Prisons being newly built, to provide federal prisoners from having weights or pull-up/dip bars that will build upper body strength. (FCI) Oxford is one of the few Federal Prisons that had weights and pull-up/dip bars before this law was passed. Due to the latest incident which weights pull-up/dip bars were involved I requested that these upper-body machines should be removed from the facility IMMEDIATELY. I have the facts and I know that my request would be granted yet Staff here is using other prisoners to put unnecessary pressure on me to sign off my Administrative Remedies which are being processed against policy in hopes of me signing off on them.

3). I asked the Staff responsible for information about who purchased the washers and dryers at this facility, was they Government Funded or were they purchased with the Inmate Trust Fund? I also asked for a copy of the Inmate Trust Fund Account dating back (1) year which both request are general information and within policy. Staff at this facility who is responsible for this information does not want to provide it because the "BOOKS" are not correct. I am asking for an Formal Audit of this facilities account books to support my allegations of MISUSE OF GOVERNMENT FUNDS AND EMBEZZLEMENT OF GOVERNMENT FUNDS BY A FEDERAL EMPLOYEE(S).

4). I was denied the opportunity to seek protective custody by Staff because of the people I stated I was running from was Staff. Instead I was wrote a Refusing To Obey Staff Misconduct and a Contraband Misconduct which was against Policy, placed in the Special Housing Unit and not given a hearing on either misconduct. Every since I filed on the matter I have been Harrassed at every junction of the road at this facility.(A EVIDENTIARY HEARING WILL PROVIDE ALL THE FACTS TO THIS ALLEGATION)

5). Warden Holinka is aware that I have a Civil Complaint on a former
employee, Mr. Nichlin(and his wife) who was the Supervisor Of Education
at this facility, that I came from United States Penitentiary Pollock
to enter the Residential Drug Abuse Program at this facility, that all
of the allegations mentioned in this Writ Of Mandamus are true, and
still allows Staff to continue in positions of authority at this prison
who abuse their power. I have wrote letters to this Warden and I am
currently using the Administrative Remedy Program which is being obstructed
by Staff, in a capricious and retalitory manner.

6). I am being denied access to the courts at this facility due to Staff
not giving me copies unless I give my legal material to another prisoner
to copy. This is because this prisoner and other Caucasian American
prisoners who are housed at this facility, who have been here a while
are used by Staff to put pressure on other prisoners like myself who
"don't go along with this program" that they have in place here. I
explained to Staff that this was wrong and that I would not be able to
follow court rules if Staff refused to provide me with copies but I
was ignored and as of this date I have not complied with court rules.

7). Caucasian American Prisoners in this program are being afforded more
benefits than African American Prisoners. The racial disparity is
lop-sided and I am being denied a (1) year off of my sentence if I
complete the program, where other Caucasian American Prisoners who
have come before me have been awarded the (1) year off with the same
exact kind of circumstances as mine.

    I am willing to take a polygraph test to prove that I speak the truth if

it will help resolve these allegations which I would like to hold all of the

Respondents involved responsible for their actions if found guilty at a

evidentiary hearing to criminal punishment pursuant to 28 U.S.C. § 1361 and

18 U.S.C. § 241 and § 242.


                                    OATH
UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT THE ABOVE "SUMMARY OF
FACTS" CONSISTING OF (2) PAGES, ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE
AND BELIEF.


_5/15/08_____          _Miles O. Lee_____
        (DATE)                             (SIGNATURE)


                                   (2)

MAY 15, 2008

Warden Holinka:

I am submitting this letter to make you aware of the Writ Of Mandamus that was recently filed.(Copy enclosed) You stopped me in front of the Dining Hall at lunch the other day and told me I could not wear my collar folded inside when 1). there is no rule stating that I could not do so yet I complied with the order and 2). my reason for doing this is because I am on Staff at this facility "SHIT LIST" as yall call it(please excuse my language) and the clothes that was issued to me are ridiculously too long and excessively overused.

I will not complain however, I want you and the other responsible people involved to be aware of what is REALLY going on with me at this facility. I thought that you were fair but I realize that you are not only condoning what Staff under your authority is doing which is BLATENTLY against policy but you yourself is participating in this unprofessionalism while at work. Please be advised that I am non-violent and that I have a right to bring forth legit allegations on Staff with merit as long as it is not in any capricious or malicious retalitory manner.

Respectfully Submitted,

*Miles O. Lee*

MILES ORLANDO LEE

CC: Attorney General
    Director (FBOP)
    Warden Holinka

CERTIFICATE OF SERVICE

I, __MILES ORLANDO LEE_____, hereby certify under penalty of perjury
that a true and correct copy of the (PETITION FOR WRIT OF MANDAMUS) has been
delivered to the below listed parties, by placing the document(s) in a postage
paid envelope and mailing said envelope via United States mail this __MAY____ ,
day of __15th__ , 2008, to:

Warden Holinka
Federal Correctional Institution-Oxford
P.O. Box 1000
Oxford, WI. 53952
-------------------------------------------------------------------

Federal Bureau Of Prisons Director-Mr. Lappin
Central Offices
320 First Street, NW
Washington, DC 20534
-------------------------------------------------------------------

Attorney General Of The United States-(NAME UNKNOWN)
Department Of Justice Building
950 Pennsylvania Ave.
Washington, DC 20534
-------------------------------------------------------------------


_____
        (SIGNATURE)


Dated:_____5/15/08_____

# SWORN AFFIDAVIT
## (PURSUANT TO 28 U.S.C. § 1746)

MS. NANCY MAYER-WHITINGTON,
- CLERK OF COURT -

PLEASE BE ADVISED THAT I WANT TO FILE A PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361. I WOULD LIKE TO FILE THIS AGAINST THE U.S. ATTORNEY GENERAL, FEDERAL BUREAU OF PRISONS DIRECTOR, WARDEN HOLINKA, AND CAPTAIN TRATE TO COMPEL THEM TO DO THEIR DUTIES. THIS PETITION IS OF GRAVE NECESSITY DUE TO THE SERIOUSNESS OF THE ALLEGATIONS, THE LENGTH OF TIME THIS HAS BEEN GOING ON, THE PEOPLE INVOLVED, AND BECAUSE THE RESPONDENT(S)/DEFENDANT(S) MENTIONED HAVE COME TOGETHER AS ONE BODY TO PLACE ME IN THE SPECIAL HOUSING UNIT AT FEDERAL CORRECTIONAL INSTITUTION - OXFORD AND NOT FOLLOW POLICY. THIS WAS DONE TO MONITOR ME, HARRASS ME PHYSICALLY AND MENTALLY ENOUGH TO HAVE ME SIGN OFF MY CLAIMS, WITH MURDER OF ME, MILES ORLANDO LEE AS A FINAL RESULT (IN THE FORM OF AN ACCIDENT, SUICIDE, ETC.). THIS IS NOT MALICIOUS IN ANY FORM, I HAVE INFORMATION FEDERAL EMPLOYEES WANT ME KILLED OVER BEFORE I EXPOSE.

## OATH

I SWEAR UNDER PAIN AND PENALTY OF PERJURY THAT THIS STATEMENT IS TRUE AND CORRECT.

5/27/08.
(DATE)

_Miles O. Lee_
(SIGNATURE)

CC: SENATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MILES ORLANDO LEE

FEDERAL CORRECTIONAL INSTITUTION - OXFORD

P.O. BOX 1000

OXFORD, WI. 53952

PRISONER IDENTIFICATION No. #11199-040

(PETITIONER)

VS.                                          CIVIL ACTION No. _____

* U.S. ATTORNEY GENERAL MUKASEY

  DEPARTMENT OF JUSTICE BLDG.

  950 PENNSYLVANIA AVENUE

  WASHINGTON, DC 20534

* FEDERAL BUREAU OF PRISONS DIRECTOR LAPPIN

  CENTRAL OFFICES

  320 FIRST STREET, NW

  WASHINGTON, DC 20534

* WARDEN HOLINKA / OXFORD - FCI

  FEDERAL CORRECTIONAL INSTITUTION - OXFORD

  P.O. BOX 1000

  OXFORD, WI. 53952 (DEFENDANTS/RESPONDENTS)

                    (COMPLAINT)

PETITION FOR WRIT OF MANDAMUS PURSUANT TO 28 U.S.C. § 1361.

        NOW COMES THE UNDERSIGNED, MILES ORLANDO

LEE, PRO-SE, AND MOVES THIS HONORABLE COURT TO

                        (1.)

ISSUE ORDER'S COMPELLING SWORN OFFICALS TO

COMPLY WITH THEIR CONSTITUTIONALLY SWORN OATH.

WHERE SAID OFFICIALS ARE KNOWINGLY VIOLATING

FEDERAL LAW, THEREBY DISRUPTING THE FEDERAL

GOVERNMENT PROTECTIVE WITNESS PROGRAM FOR FEDERAL

PRISONERS AND THE ORDERLY RUNNING OF THE INSTITUTION

BY WAY OF CRUEL AND UNUSAL ACT(S) UNDER COLOR

OF LAW ALL IN VIOLATION OF THEIR OATH OF OFFICE.

THE PETITIONER HEREBY SET FORTH THE FOLLOWING

REDRESS OF GRIEVANCES UNDER THE FIRST AMENDMENT

STATING THE NUMEROUS VIOLATIONS BELOW:

UNITED STATES ATTORNEY GENERAL MUKASEY

MR. MUKASEY WAS MADE AWARE BY THE

PETITIONER THAT EMPLOYEES OF THE FEDERAL BUREAU

OF PRISONS WERE MALICIOUSLY DENYING HIM ANY CHANCE

TO TELL GOVERNMENT LIAISONS THAT HE COOPERATED WITH

HIS LIFE WAS IN DANGER BECAUSE OF THAT COOPERATION,

THAT HE HAD BEEN SEXUALLY ASSAULTED, AND ASSAULTED

BY STAFF, THAT F.B.O.P. EMPLOYEES ARE EMBEZZLING

HUNDREDS OF THOUSANDS DOLLARS FROM THE GOVERNMENT,

THE PETITIONER MADE MR. MUKASEY AWARE OF AT

LEAST TWO MURDERS THAT COULD HAVE BEEN PREVENTED

AT U.S.P. POLLOCK, THE CRIMINAL ENTERPRISE BEING

RAN BY STAFF WITH GOVERNMENT PROPERTY (FOOD) AT

U.S.P. LEWISBURG, HOW THE F.B.O.P. HAVE AGAINST

THEIR OWN POLICY AND RULES TOOK GOOD-CREDIT

TIME, PHONE PRIVILEGES, AND NOT ALLOWED MY

FAMILY TO SEND FUNDS BY WESTERN UNION, AND FOR

NOT PROTECTING A GOVERNMENT WITNESS (PETITIONER IS NOW

BEING HARASSED)


FEDERAL BUREAU OF PRISONS DIRECTOR LAPPIN

        MR. LAPPIN WAS MADE AWARE OF THE

SAME ALLEGATIONS AS MR. MUKASEY AND HOW WHEN

HIS OFFICES REPRESENTATIVES (OR REGIONAL) COME TO PRISONS

FOR TOURS THE PRISON STAFF IS ONLY MAKING THE ORDERLY

RUNNING OF THE PRISON "APPEAR" APPROPIATE UNTIL THE

TOUR LEAVES, HOW ALLOWING FEDERAL EMPLOYESS OF

THE F.B.O.P. TO BRING ANY TOBACCO PRODUCTS INTO

WORK IS CAUSING SERIOUS PROBLEMS AND TAKING THE

PLACE OF DRUGS AS FOR BEING SMUGGLED INTO

THE PRISONS BY STAFF ( A $10.00 BAG OF TOBACCO GOES

FOR $3,000.00 EASILY ), HOW NOT BANNING THE WEIGHTS

COMPLETELY - TAKING THEM OUT THE OLD PRISONS THAT

ARE STILL ALLOWED TO HAVE THEM - IS CAUSING

PROBLEMS AS FOR CRITICAL ASSAULTS ON PRISONERS (DIP

BARS/PULL-UP BARS TOO), THAT PROGRAM STATEMENT

5100.08 - INMATE SECURITY DESIGNATION AND

CUSTODY CLASSIFICATION IS DISCRIMINATORY TOWARDS

YOUNG AFRICAN AMERICANS THE WAY IT CLASSIFY'S

A PRISONER AND IT IS NOT GOVERNED BY THE CODE

OF FEDERAL REGULATIONS PLUS 18 U.S.C. 3261(b) DOES

NOT EXIST, (SEE ATTACHMENT) AND FOR ALLOWING

WARDEN HOLINKA AND CAPTAIN TRATE TO VIOLATE

CRIMINAL LAW AND POLICY OF THE FEDERAL BUREAU

OF PRISON EVEN AFTER BEING MADE AWARE BY THE

PETITIONER THROUGH THE U.S. POSTAL OFFICE.

WARDEN HCNIKA

USED EXECUTIVE POSITION OF AUTHORITY AS

WARDEN OF FEDERAL CORRECTIONAL INSTITUTION - OXFORD TO

ILLEGALLY CONFISCATE PETITIONER'S PROPERTY, THREATEN

AND INTIMIDATE HIS LIFE WHILE IN THE SPECIAL HOUSING

UNIT FOR USING THE ADMINISTRATIVE REMEDY PROGRAM/COURTS

TO EXPOSE STAFF CORRUPTION AT THIS PRISON; THAT

CONSIST OF GRAFT, THEFT, EMBEZZLEMENT/MISMANAGEMENT

OF FUNDS OVER $1,000.00, RACIAL DISCRIMINATION,

CONFLICT OF INTREST, EXCESSIVE FORCE AND

CORPORAL PUNISHMENT TOWARDS A GOVERNMENT

(16)

WITNESS, AND ALLOWING THE CAPTAIN TO

VIOLATE PROCEDURES OF SECURITY PURSUANT TO THE

CODE OF FEDERAL REGULATIONS. THIS WARDEN

IS IN VIOLATION OF 18 U.S.C. § 241 AND § 242.

THE PETITIONER WOULD LIKE TO MAKE THIS

HONORABLE COURT AWARE THAT WARDEN HOLINKA

HAS UNIFIED STAFF UNDER HER SUPERVISION, TO

COLLECTIVELY AS ONE BODY, DEGRADE, HARRASS, AND

DENY "LEE" BASIC NEEDS TO SUSTAIN LIFE (WHILE

IN THE SPECIAL HOUSING UNIT) LEAVING HIM SUBJECT

TO STAFF RETALIATION FOR EXERCISING HIS FIRST

AMENDMENT CONSTITUTIONAL RIGHT WHICH IS

PROTECTED BY LAW. PETITIONER WILL TAKE

A POLYGRAPH TEST TO PROVE ALLEGATIONS, AND

THE PETITIONER WOULD LIKE AN EVIDENTIARY

HEARING OR "TRIAL BY JURY" FOR ALL THE

ABOVE ALLEGATIONS, SWORN TO BY THE PETITIONER

PURSUANT TO 28 U.S.C. § 1746. THIS IS A

PETITION FOR WRIT OF MANDAMUS PURSUANT

TO 28 U.S.C. 1361 - TO COMPEL OFFICIALS TO

PERFORM DUTIES THEY ARE REQUIRED TO BY LAW,

THAT HAS BEEN RE-SUBMITTED TO COMPLY

WITH CHIEF JUDGE ROYCE C. LAMBERTH OF

THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA ORDER DATED 5/20/08.

A COPY OF THIS NEWLY SUBMITTED COMPLAINT /

PETITION WAS SENT TO THE SENATE / U.S. SUPREME COURT.

## RELIEF SOUGHT

* EVIDENTIARY HEARING ON ALL ALLEGATIONS IN THIS PETITION PURSUANT TO 28 U.S.C. §1361.

FROM U.S. ATTORNEY GENERAL MUKASEY:

1). IMMEDIATE INTERVENTION BY WAY OF FORMAL INVESTIGATIONS OF ALL F.B.O.P. EMPLOYEES INVOLVED/MENTIONED BY PETITIONER. (SEE EXHIBIT "F")

2). ADMINISTRATIVE REVIEW OF PETITIONER'S TIME CALCULATION WHICH WILL BE BASED ON FACTS AND LAW.

3). CONFISCATION OF ALL WEIGHTS IN ALL PRISONS OF THE F.B.O.P.

4). BANNING OF ALL F.B.O.P. EMPLOYEES FROM BRINGING ANY TOBACCO PRODUCTS INTO ANY FEDERAL PRISON FACILITY.

5). REVISEMENT OF PROGRAM STATEMENT 5100.08 - INMATE SECURITY DESIGNATION AND CUSTODY CLASSIFICATION.

FROM F.B.O.P. DIRECTOR LAPPIN

1). IMMEDIATE INTERVENTION BY WAY OF A FORMAL

Investigation into all petitioner's administrative remedies filed, and transfer to a secure location immediately.

2). Investigation into why petitioner's family is not allowed to send funds to him by Western Union for over a year and why petitioner's phone privileges was taken for 90 days more without a hearing.

3). Suspensions (pursuant to policy) of all executive staff while investigations are on-going. Suspensions without pay for non executive staff that are being investigated.

From Warden Holinka

1). Immediate confiscation of weights.

2). Suspensions without pay for all staff being investigated for petitioner's allegations.

3). Termination of employment at FCI-Oxford of staff that are found to knowingly violate policy to harass petitioner for exercising his First Amendment Constitutional Right.

4). Official documentation of the petitioner's conditions and movement due to his placement in the

SPECIAL HOUSING UNIT (STAFF'S REQUEST) FOR PROTECTIVE CUSTODY - FOR THREAT ABOUT MY REQUEST FOR THE CONFISCATION OF THE WEIGHTS.

THE PETITIONER WOULD LIKE TO MAKE THIS HONORABLE COURT AWARE THAT THE RELIEF SOUGHT IS PURSUANT TO 28 U.S.C. §1361 AND WITHIN AS WELL AS THE SO SWORN OFFICIALS DUTY TO PROVIDE PETITIONER'S RELIEF SOUGHT. THE ISSUANCE OF THE MANDAMUS IS OF GRAVE NECESSITY.

OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THIS PETITION / COMPLAINT AS TRUE AND CORRECT.

5/27/08
(DATE)

_Miles O. Lee_
(SIGNATURE)

CC: SENATE
    U.S. SUPREME COURT

(11)

"A"

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

*ORIGINAL PETITIO
ENCLOSED! I FILED
WRIT OF MANDAMUS A
WAS SENT BACK THESE
EXHIBITS AND ORDER. I
COMPLIED AND RESUBMITTED
ANOTHER WRIT OF MANDAMU
WITH FINANCIAL STATEMENTS.*

Miles O. Lee
_____
Plaintiff

v.

Attorney General of the US, et al.,
_____
Defendant

**ORDER**

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ✓ ] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ✓ ] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ✓ ] Your COMPLAINT must bear your original signature.

[ ✓ ] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

_____

[ ✓ ] OTHER: If you wish to file a new case with this court, please comply with the filing instructions that are enclosed.
_____

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NO SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

5/20/08
_____
Date

**LAMBERTH, C.J. RCL**
_____
Chief Judge Royce C. Lamberth

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## DO NOT WRITE ON SAMPLE FORM

YOUR NAME
YOUR FACILITY ADDRESS
CITY, STATE & ZIP CODE
YOUR PRISONER IDENTIFICATION NO.

VS.                                CIVIL ACTION NO. (To be filled in by Clerk)

DEFENDANT(S) NAME(S)
THEIR ADDRESS
CITY, STATE & ZIP CODE

### COMPLAINT

**DO NOT WRITE ON SAMPLE FORM**

SET FORTH THE FACTS OF YOUR CASE.

ON THE LAST PAGE OF YOUR COMPLAINT, SPELL OUT THE RELIEF YOU ARE
REQUESTING FROM THIS COURT.

IF YOU ARE ASKING FOR A TRIAL BY JURY, YOU MUST STATE THIS IN YOUR
COMPLAINT.

IF YOU ARE REQUESTING A SPECIFIC AMOUNT OF MONEY, STATE THIS IN YOUR
COMPLAINT.

ORIGINAL SIGNATURE (IN PEN)

YOUR NAME
YOUR FACILITY ADDRESS
CITY, STATE & ZIP CODE



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### IMPORTANT INFORMATION.....PLEASE READ CAREFULLY

### WARNING TO PRO SE LITIGANTS

**All documents That You File with The Court Will Be Available to the Public on the Internet Through PACER (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.**

**YOU ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT. YOU MUST REMOVE CERTAIN PERSONAL IDENTIFYING INFORMATION FROM ALL DOCUMENTS BEFORE YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.**

Under the Privacy Policy of the Judicial Conference of the United States, <u>a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information in documents submitted for filing to any United States District Court.</u> This rule applies to _ALL_ documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or "xxxx" (redact) the personal identifying information prior to submitting the document to the Office of the Clerk for filing.

1.  <u>Types of personal information that **MUST** be removed or redacted from documents before filing:</u>

    (a)  **Social Security Numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.

    (b)  **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.

    (c)  **Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.

    (d)  **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.

    (e)  **Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (e.g., verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2.  <u>Other sensitive personal information of the litigant (or any other person) that should be considered for possible removal or redaction.</u>

    Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. Section 114(s).

PROPERTY OF FCI
LAW LIBRARY

PROPERTY OF FCI
LAW LIBRARY

U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: CPD/CPB
NUMBER: P5100.08
DATE: 9/12/2006
SUBJECT: Inmate Security
Designation and Custody
Classification

1. **PURPOSE AND SCOPE.** This Program Statement provides policy and procedure regarding the Bureau of Prisons inmate classification system. The classification of inmates is necessary to place each inmate in the most appropriate security level institution that also meets their program needs and is consistent with the Bureau's mission to protect society.

The Bureau's classification, designation and redesignation procedures are consistent with the statutory authority contained in 18 U.S.C. § 3261(b). All classification, designation and redesignation decisions are made without favoritism given to an inmate's social or economic status.

*THAT STATUTORY DO NOT EXIST AT FCI-OXFORD LAW LIBRARY*

2. **PROGRAM OBJECTIVES.** The expected results of this Program Statement are:

a. Each inmate will be placed in a facility commensurate with their security and program needs through an objective and consistent system of classification which also allows staff to exercise their professional judgement; and,

b. Staff will systematically and objectively review an inmate's classification making the environment in which they are housed safer for both inmates and staff while protecting the public from undue risk.

3. **SUMMARY OF CHANGES.** This revision incorporates Executive Staff decisions 03-04-05 and 99-03-03, as well as other procedural changes such as the movement of most designation/redesignation functions (04-08-17) to the Designation and Sentence Computation Center (DSCC), Grand Prairie, Texas.

a. The scoring item "Type of Prior Commitment" has been replaced with "Criminal History Score." (Chapter 4, Page 8 and Chapter 6, Page 5)

PROPERTY OF FCI

"F" EXHIBIT

(WARDEN) TANNER     (WARDEN) LINDSEY

(S.C.E.) COOLEY     (AW) KRIEM

(F.S. OXFORD) RUAF PROGRAM COORDINATOR REIM     (CAPTAIN) LIFE

(CAPTAIN) TRATE     (PSYCH) COOK

(COMMISSARY) McELLIGOTT     (REMEDY COORD.) NICHLIN

(U/M) ROBINSON     (SIS) PERIN

(COUNSELOR) STORDL     (S.C.E.) NICHLIN

(COUNSELOR) EDGECOMB     (U/M) LINDSEY

    (U/M) SPRUSE

    (COUNSELOR) GRIMEORE

(AW) ENDFIELD     (COUNSELOR) DUNSTONE

(CHIEF PSYCH) HUGHES     (C/M) J. REIESOME

(R&D SUPERVISOR) GUILLORY     (TEACHER) YZIEK

(LT.) BOWERS     (TEACHER) GUY-POTTER

(C/O) HUNT     (TEACHER) ZEVAN

(C/O) JENKINS     (LT.) FOREMAN

(C/O) DEVILLE     (C/M) MOSER

    (C/O) SHANELY

(AW) STRADA     (DHO) BELL

(S.I.A.) HOEKMAN     (COUNSELOR) HICKS

(FOOD SERVICE) SHILO

(COUNSELOR) RICE     (REGIONAL DIRECTOR) DODRILL

(U/M) ADAMI     (REGIONAL DIRECTOR) MALDONADO JR

(FOOD ADM.) ROGERS

(DHO) CHAMBERS     (U/M) JULLIAN

(FOOD SUP.) LOFTON     (C/M) RAY

(LIBRARIAN) HUMMEL

(RN) SEE HUNGERSTRIKE

# SWORN AFFIDAVIT
## (PURSUANT TO 28 U.S.C. § 1746)

DEAR SENATOR / HON. SYSTEM COURT JUSTICE:

IF I HAPPEN TO DIE FOR ANY REASON BEFORE YOU GET THIS LETTER PLEASE ASK FOR A FBI INVESTIGATION. WHY? I HAVE INFORMATION THAT FEDERAL EMPLOYEES WANT TO KILL ME FOR BEFORE I EXPOSE THEM. THERE ARE (2) SIDES TO A STORY, I'M WILLING TO TAKE A POLYGRAPH TEST FOR ALL MY ALLEGATIONS AND WITH ONLY 19 MONTHS LEFT I WILL CONSENT TO THE MAXIMUM PENALTY A PERJURY CHARGE CARRIES PLUS SUPERVISE RELEASE VIOLATION SENTENCE ADDED ON IF I AM LYING. I WILL NOT GIVE SPECIFIC FACTS TO NO ONE WITHIN THE FEDERAL BUREAU OF PRISONS, OR ATTORNEY GENERAL'S OFFICE FOR IT IS A FACT THEY WANT THE INFORMATION TO COVER UP. "EVERY" CRIME I HAVE BEEN IMPRISONED FOR I PLED GUILTY TO AND IT WAS DRUG RELATED (CRACK), I EVEN ASKED MY JUDGE COULD I GO TO IRAQ AND FIGHT INSTEAD OF DOING THIS (63) MONTH SENTENCE FOR GOING IN A BANK WITH A DEMAND NOTE GETTING $1,453.00. I EVEN PASSED A POLYGRAPH TEST AND TOOK A VIDEO DEPOSITION FOR THE ASSISTANT ATTORNEY GENERAL (WHO WAS PRESENT) ABOUT A HIGH PROFILE MURDER TO CONVICT A MURDERER. WHILE INCARCERATED FOR THIS SENTENCE I POINTED OUT THAT

(1.)

(22) MONTHS GOOD TIME IS OWED TO ME AND STAFF AGREED. SOME STAFF DIDN'T. I STARTED FILING PAPERWORK. AFTER DOING EVERYTHING THAT LAW AND POLICY STATED FOR ME TO DO ONLY TO BE SEXUALLY ASSAULTED, ASSAULTED, AND MORE I DEDICATED MY WHOLE BEING TO EXPOSING CORRUPT STAFF AND CRIMINAL CONDUCT OF FEDERAL EMPLOYEES OF THE FEDERAL BUREAU OF PRISONS. I WROTE TO THE ATTORNEY GENERAL, NO RESPONSE! NOW I AM AT FEDERAL CORRECTIONAL INSTITUTION - OXFORD AND ITS THE SAME, RETALIATION FOR EXERCISING MY FIRST AMENDMENT CONSTITUTIONAL RIGHT. ONLY THING, IS WARDEN HOUNKA AND CAPTAIN TRATE IS INVOLVED IN CRIMINAL CONDUCT PURSUANT TO 18 U.S.C. § 241 AND § 242. OTHER EMPLOYEES CONDUCT RANGE FROM ALLOWING MURDERS TO HAPPEN (KNOWINGLY) TO EMBEZZLEMENT OF HUNDREDS OF THOUSANDS DOLLARS OF GOVERNMENT FUNDS. THESE EXECUTIVE EMPLOYEES INVOLVED HAVE WITH CLERK OF COURTS AND U.S. MAGISTRATE AND DISTRICT COURT JUDGES TO PREVENT ME FROM EXPOSING THE TRUTH. LOOK AT LEE V. LINDSEY; LEE V. STRADA; LEE V. BURKE; AND LEE V. WILLIAMSON.

I DO NOT DESERVE THIS THE FACTS WILL SHOW WITHOUT A DOUBT I SPEAK THE WHOLE TRUTH AND NOTHING BUT THE TRUTH. SO IN THE EVENT THAT MY CIVIL CASES GET DISMISSED NOT BASED ON THE MERITS, OR CLERK OF THE COURT NANCY MAYER-WHITTINGTON

SENDS MY COMPLAINT (PETITION FOR WRIT OF MANDAMUS) BACK TO ME, PLEASE KEEP THIS FILED. ANY ASSISTANCE FROM CONGRESS WILL BE APPRECIATED. (SEE EXHIBITS)

*(NOTE):   WARDEN HOUNKA AND CAPTAIN TRATE ARE NOT FOLLOWING POLICY WHEN IT COMES TO ME AND INSTEAD OF TRYING TO RESOLVE PART OF THIS PROBLEM, ARE MENTALLY TORTURING ME WHILE IN THIS SPECIAL HOUSING UNIT. THIS IS TO PROVOKE ME INTO CONFRONTATION TO USE EXCESSIVE FORCE AGAINST ME. (DEADLY FORCE)

# OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT THIS SWORN AFFIDAVIT, CONSISTING OF THREE PAGES, ARE TRUE AND CORRECT.

5/27/08
(DATE)

Miles D. Lee
(SIGNATURE)

CC: SENATE
    U.S. SUPREME COURT

# SWORN AFFIDAVIT
## (PURSUANT TO 28 U.S.C. §1746)

WARDEN HOLMES,

I DO NOT WISH TO SIGN OFF ANY OF THE ADMINISTRATIVE REMEDIES I FILED! DUE TO STAFF CONDUCT TOWARDS ME OVER THE WEEKEND I AM ASKING FOR (7) BP-9's! PLEASE BE ADVISE THAT I DO NOT THINK THIS IS A GAME NOR DO I APPRECIATE THE CONDITIONS I AM LIVING IN OR THE RULES AND REGULATIONS THAT ARE NOT BEING FOLLOWED WHEN I'M INVOLVED. YOUR STAFF IS INVOLVED IN A SOPHISTICATED FORM OF HARASSMENT THAT BOILS DOWN TO ABUSING THAT IS VERY OBVIOUS (TO THEM). HOWEVER, I WILL BE FILING ON EVERYTHING THAT CAN BE PROVEN TO SHOW THIS ACTION OF HATE TOWARDS ME FROM YOUR STAFF. YOU AND YOUR STAFF FROM DAY ONE DID NOT INTEND TO GRANT ME THE OPPORTUNITY TO PROGRAM BEFORE GOING TO SOCIETY, WHICH IS WHY ALL THIS GOT STARTED AND I CAN/WILL PROVE THAT. GET YOUR STAFF TO BACK OFF AND DO THEIR JOB! I INTEND TO BRING MY ALLEGATIONS OUT INTO THE LIGHT NO MATTER WHAT YALL SAY/DO TO ME. LET ME RE-FILE MY WRIT OF MANDAMUS/REMEDIES WITHOUT THIS NON-SENSE! PLEASE.

# OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT THIS SWORN AFFIDAVIT IS TRUE AND CORRECT.

5/27/08
(DATE)

Miles D. Lee
(SIGNATURE)

CC: SENATE
    U.S. SUPREME COURT

# SWORN AFFIDAVIT

(PURSUANT TO 28 U.S.C. ss 1746)

I AM ON HUNGERSTRIKE AS OF TODAY, 5/30/08,

DUE TO STAFF PLAYING WITH MY FOOD, MAKING THREATS

AGAINST ME FOR ASKING THROUGH THE ADMINISTRATIVE REMEDY PROGR.

THAT THE WEIGHTS BE CONFISCATED ALONG WITH OTHER

REMEDIES I FILED, EXECUTIVE DUTY OFFICERS / COUNSELOR HARRASSING

ME, DENYING OF ACCESS TO MY LEGAL MAIL AND TO THE

COURTS, NOT PROVIDING ME WITH ADMINISTRATIVE REMEDIES, POSTAGE,

OR COPIES (I'M INDIGENT), AND FOR ATTEMPTING TO COVER-UP

CAPTAIN TRATE'S WIFE ILLEGAL ACTIONS (OTHER EMPLOYEES ALSO).

I HAVE A HISTORY OF GOING ON HUNGERSTRIKES THE

LAST YEAR WHICH IS BECAUSE I BEEN TRYING TO TELL F.B.I

AGENT ROGER RAMIREZ OR THE ASSISTANT ATTORNEY GENERAL

WHO I COOPERATED WITH, I HAVE BEEN EXPOSED. FURTHERMORE,

F.B.O.P. STAFF HAVE BEEN OBSTRUCTING JUSTICE AND

ATTEMPTING TO USE A SOPHISTICATED SYSTEM TO KILL ME

UNDER THE GUISE OF SOMETHING ELSE TO ALSO PREVENT ME

FROM TELLING THE WHOLE TRUTH. UNTIL I GET ONE CHANCE

TO PROVE ALL MY ALLEGATIONS THROUGH THE PEOPLE I

MENTIONED, WHO I PASSED A POLYGRAPH TEST FOR, ON

A VIDEO DEPOSITION FOR IN 2005, AND AGREED TO TESTIFY

FOR, I WILL NOT COME OFF THIS STRIKE! I SHOULD

NOT HAVE TO GO THROUGH THIS TO SPEAK WITH MY LIASONS

WHERE IT CAN BE VERIFIED THROUGH B.O.P VISITING AND

PHONE LOGS I AM TELLING THE TRUTH. ALSO WARDEN

KEFFER AND CAPTAIN MARQUEES OF USP POLLOCK

WILL BOTH VERIFY THAT I GAVE THEM MY WORD

TO PROGRAM AND GO HOME UPON TRANSFERRING HERE.

AND THAT I SPEAK THE TRUTH WHEN IT COMES

TO STAFF CORRUPTION ALLEGATIONS. THIS LOCK-UP OF

A PROTECTIVE CUSTODY ORDER AND THE REASON BEING

BECAUSE OF A SERIOUS THREAT ABOUT ME WANTING

THE WEIGHT CONFISCATED IS BOGUS. WARDEN HOLINKA

GAVE CAPTAIN TRATE PER LT. JOHNSON THE ORDER

WHICH WAS RETALIATORY AND TO STOP ME FROM

EXERCISING MY 1ST AMENDMENT CONSTITUTIONAL RIGHT.

I WILL PRESS IT NO DOUBT!

OATH

UNDER THE PAIN AND PENALTY OF PERJURY, I DECLARE THAT
THIS STATEMENT ABOUT MY HUNGERSTRIKE IS TRUE AND CORRECT.

5/30/08
(DATE)

Miles O. Lee
(SIGNATURE)

CC: SENATE
    U.S. SUPREME COURT

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prison        **Administrative Detention Order**

<u>FCI OXFORD, WI.</u>
<u>Date/Time: 05/21/08   2:50pm</u>

TO       :Special Housing Unit Officer        <u>UNIT: Marquette</u>

FROM   : <u>S. Johnson, Lieutenant</u>  (Name/Title)

SUBJECT: Placement of <u>Lee, Miles</u>       Reg.#<u>11199-040</u>   in Administrative Detention

___ (a) Is pending a hearing for a violation of Bureau regulations:
___ (b) Is pending investigation of a violation of Bureau regulations:
___ (c) Is pending investigation or trial for a criminal act:
<u>XX</u> (d) Is to be admitted to Administrative Detention

    ___ (1) Since the inmate has requested admission for protection:

I hereby request placement in Administrative Detention for my own protection.
            Inmate Signature/Register No.:_____
            Staff Witness Printed Name/Signature:_____
    <u>xx</u> (2) Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission: referral of the necessary information will be forwarded to the UDC/DHO for appropriate hearing.

___ (e) Is pending transfer or is in holdover status during transfer:
___ (f) Is pending classification: or
___ (g) Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this officer's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or the security or orderly running of the institution because

**YOU WERE PLACED IN ADMINISTRATIVE DETENTION FOR PROTECTION DUE TO A POSSIBLE THREAT AGAINST YOUR PERSON.**

Therefore, the above named inmate is to be placed in Administrative detention until further notice.  The inmate received a copy of this Order on: (date / time)_<u>05/21/08   3:15pm</u>_____

Staff Witness Signature/Printed Name_____ /D. Gleason_____
*In the case of DHO action, reference to that order is sufficient.  In other cases, the officer will make an independent review and decision, which is documented here.
cc:      Inmate Concerned, Captain, Administrative Detention Lieutenant, Unit Manager, Central File.
        BP-308(52) JANUARY 1988

# SPECIAL HOUSING UNIT
# RULES AND REGULATIONS

The following list of rules and regulations pertain to all inmates who are admitted to Special Housing Unit. All inmates shall follow all rules and regulations while housed in the Special Housing Unit. Inmates who fail to abide by the rules and regulations will be subjected to disciplinary actions.

**UNIT/CELL SANITATION:** All cells will be maintained at the highest level of sanitation at all times. All beds will be made daily between the hours of 7:30 A.M. till 4:00 P.M. on weekdays and 9:00 A.M. till 4:00 P.M. on weekends and holidays. All cells will be maintained and clean on a daily basis.

**NOTE: All items will be neatly stored under the bed.**

No trash, garbage, linen, towels or clothing items are to be flushed down the toilets. A special trap system has been installed, these items will not pass into the main sewer system and will be caught in the individual cell toilet causing an overflow of that toilet. Items retrieved from these individual toilet traps will be attributed to the occupants of the cell, who will be subject to disciplinary action.

**LAUNDRY:** Inmate clothing will be distributed three (3) times weekly. Inmates housed on "A" range will receive clothing on D/W during shower times. "C" and "B" ranges will receive their clothing on E/W. SHU staff will perform clothing and linen exchange for inmates in the Special Housing Unit (SHU). The following schedule will be utilized:

**MONDAY:** Clothing/towel exchange and linen exchange.
**WEDNESDAY:** Clothing/towel exchange.
**FRIDAY:** Clothing/towel exchange.
**LINEN WILL NOT BE USED AS A TENT TO COVER THE LOWER BUNK. TOWELS WILL NOT BE USED TO COVER LIGHTS.**

**SUPPLIES / HYGIENE ITEMS:**
**RAZORS:** Will be issued three times per week by the E/W officer upon request for (B&C Range) ranges. Razors will be inspected upon return. Anyone who tampers with the razors will receive disciplinary action.
**HYGIENE:** Soap, toothbrushes, toothpaste and shaving cream will be issued once per week on a 1 for 1 exchange basis. Toilet paper issued with a empty roll exchange.
**SUPPLIES:** Writing pads, pencils and envelopes will be issued once per week by the E/W staff.
**LIGHTS:** Range lights in the Special Housing Unit will be turned on at 6:00 AM daily. Lights will be dimmed at 10:00PM. Cell lights will never be completely turned off.
**MAIL:** Mail for all inmates will be delivered, Monday through Friday, by the E/W SHU staff. Inmates in Disciplinary Segregation will have magazines/books received placed into their personal property. Inmates will receive notification of all such items.

11199-040

This copy belongs to inmate LEE

This copy belongs to inmate LEE

11199-040

11199-040

LEE

This copy belongs to inmate

This copy belongs to inmate  LEE

11199-040

**TELEPHONE PRIVILEGES:** All inmates housed in the Special Housing Unit will be allowed one (1) fifteen minute ITS social phone call 30 days after arriving in SHU by submitting an Inmate Request to Staff Member to the SHU staff. Inmates will submit an Inmate Request to Staff Member to request a Legal phone call.

The Unit Team is responsible for making all non-monitored and non-recorded calls. Phone calls will be conducted by the Seg #3 Officer on Evening shift unless approved by the SHU Lieutenant. **All telephones are subject to monitoring. Your use of the telephone constitutes consent to this monitoring.**

**FOOD ITEMS:** Other than approved commissary items, no food items will be permitted to be retained in the cells. Food trays will be returned or an incident report will be written.

**RECREATION:** All inmates will be given the opportunity for recreation at a minimum of five (5) hours per week. Inmates must be in complete Institutional issued clothing and properly worn. Inmates will be pat searched before entering and departing the recreation area. **NO PERSONAL PROPERTY OF ANY KIND IS ALLOWED IN THE RECREATION AREA.** Recreation will be conducted between the hours of 7:30 AM to 3:00 PM. Prior to going out for recreation, the inmate's cell sanitation level must being in compliance SHU rules. **Inmates have the responsibility to ask the SHU Officer for recreation during the serving of the morning meal, request will only be taken at that time.**

**LEGAL LIBRARY:** Inmates will be allowed use of the legal library upon request by submitting an Inmate Request to Staff Member. Additional legal materials will be furnished by the Education Department upon submission of an Inmate Request to Staff Member. The Education Department will deliver legal materials two times a week. There will be no copies made via copier.

**COMMISSARY:** Inmates housed in the Special Housing Unit will be allowed to purchase authorized commissary items from the commissary list once a week. Order forms will be passed out and collected from all inmates desiring to make commissary purchases.

**HAIRCUTS:** An inmate barber will be assigned by the Segregation Lieutenant. The inmate barber will be provided by the FCI barber detail. Haircuts will be conducted on Saturdays or Sundays at the discretion of the SHU #1 officer. Inmates may receive a haircut after being in SHU for 30 days and then 45 days there after.

**OFFICIAL COUNTS:** There will be at a minimum five counts per day. The daily 4:00 PM Count and the 10:00 AM Count on weekends and holidays are **STANDING COUNTS.** Inmates will stand in their assigned cell to be counted by the counting officers.

**READING MATERIALS:** A/D Inmates may possess reading materials, not to exceed (2) books and (1) magazine/newspaper "current issue" at one time. D/S inmates may possess (2) books and (1) newspaper "current issue" at one time, and a bible or Koran upon request. A book cart is available upon request, however the (2) book limit will remain in effect.

**RADIOS:** Inmates Housed in Administrative Detention will only be allowed to have clear walkman type radios in their cells, inmates housed on Disciplinary Segregation status are not allowed radios in their cells.

**VISITING:** Inmates housed in the Special Housing Unit will be allowed visits on regular visiting days as the rest of the general population. Special Housing unit visiting will be conducted via the non contact system. Visits will be 1 hour in length only, no exceptions.

11199-040

This copy belongs to inmate LEE

This copy belongs to inmate LEE

11199-040

**MEDICAL TREATMENT:** All inmates will have the opportunity to see a medical staff member daily. Inmates with special medical needs or requirements such as emergencies, will be seen whenever the need arises. Sick Call slips are issued upon request from the SHU staff and duty P.A.. The P.A. will pick up the sick call slips in the morning rounds.

**WRITING OR PICTURES ON WALLS:** No writing on the walls and items will not be allowed to hang on walls or showers.

**CELLS:** Cells will be searched periodically. Each inmate will sign a cell conditions form upon entering the Special Housing Unit. Inmates are to remain quiet with no yelling or kicking/hitting cell doors. All cells must pass inspection prior to any inmates being released from SHU.

**STRIP SEARCH/METAL DETECTOR:** All inmates will be strip searched, searched via metal detector (hand held), and subject to Urinalysis and Alco-Sensor testing upon entering the Special Housing Unit.

**CELL ROTATION:** All inmates will be rotated at least every twenty one days to a different cell or as deemed necessary by SHU staff. Each cell will be inspected for sanitation/damage. Incident reports will be written for discrepancies noted.

**PERSONAL PROPERTY:** Inmates in the Special Housing Unit will be given approved items once the property has been inventoried and delivered to the Special Housing Unit.

# ALL ROOMS WILL BE AS FOLLOWS

11199-040

This copy belongs to inmate LEE

This copy belongs to inmate LEE

1. Nothing on the desks.
2. Nothing on the grill bars to include cups.
3. Everything under the bed will be organized.
4. The bottom shelves of the desk will be organized. If it does not fit you have too much.
5. The floor will be clean, nothing will be laying in the middle of it.
6. Nothing will be stuck to, tied to or applied in any way to the cell light.
7. Nothing will be stuck to, tied to or applied in any way to the cell walls.
8. The bed will be made, the blanket and sheets tucked under the mattress, hours of 8:00am to 4:00pm.
9. Shoes will be neatly placed and stored under the bed.
10. No writing on any part of the cell any Graffiti found any where in the cell is subject to disciplinary action.
11. Do not pick, scratch or remove any paint from the surfaces of the cell.
12. During the hours of 7:30am and 4:00pm jump suits will be worn.
13. No clothing items will be worn on the head.
14. Inmates are allowed 1 open and 1 new hygiene item only purchased from commissary while in the special housing unit.

Items placed back in inventory will not be retrieved for a period of 30 days from placement. No exceptions.

## FAILURE TO COMPLY WITH ANY OF THE RULES FOR THE SPECIAL HOUSING UNIT IS SUBJECT TO DISCIPLINARY ACTION.

11199-040

This copy belongs to inmate LEE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

JUN 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Miles Orlando Lee,                              )
                                                )
            Petitioner,                         )
                                                )
    v.                                          )
                                                )       Civil Action No. 08 1091
U.S. Attorney General Mukasey, et al.,          )
                                                )
            Respondents.                        )
                                                )

## ORDER

Petitioner, proceeding pro se, has submitted the requisite financial information pursuant to 28 U.S.C. § 1915(a). Upon review of the financial information, the Court finds that Petitioner is required to pay the statutory filing fee of $ 350.00 for this action in accordance with the provisions of 28 U.S.C. § 1915(b).

Accordingly, it is hereby

**ORDERED**, that:

1.    Petitioner is obligated to pay an initial partial filing fee of $__-0-__ to the Clerk of the United States District Court for the District of Columbia.

2.    Petitioner is obligated to the United States District Court for the District of Columbia for twenty percent of the preceding month's income credited to his prison account as continued partial payments on the remaining balance of the $ 350.00 filing fee.

3.    The authorized institution officer shall deduct from Petitioner's prison

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**Wednesday, June 25, 2008**

**Civil Action#:** 081091 EGS
**Plaintiff:** MILES O. LEE


DEAR MILES O. LEE


In the above entitled case, please be advised that on 6/20/08, Judge Urbina endorsed theron as follows:

"Leave to file without prepayment of costs granted."

As a result of the Judge's ruling, your case has been assigned to Judge Sullivan. All subsequent correspondence or pleadings must bear the civil action number referred to above, followed by the initials of the Judge assigned to your case.


NANCY MAYER-WHITTINGTON, CLERK
By: La Tanau Scott



DCD_ECFNotice@dcd.uscou
rts.gov
06/27/2008 02:52 PM

To  DCD_ECFNotice@dcd.uscourts.gov

cc

bcc

Subject  Activity in Case 1:08-cv-01091-ESH LEE v. MUKASEY et al
Order on Motion for Leave to Proceed in forma pauperis

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt is required
by law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 6/27/2008 at 2:52 PM and filed on 6/25/2008

| | |
|---|---|
| **Case Name:** | LEE v. MUKASEY et al |
| **Case Number:** | 1:08-cv-1091 |
| **Filer:** | |
| **Document Number:** | 4 |

**Docket Text:**
**ORDER granting [2] Motion for Leave to Proceed in forma pauperis; Petitioner is
obligated to pay an initial partial filing fee of 0.00; that Petitioner is obligated for
twenty percent of the preceding month's income credited to his prison account
as continued partial payments on the remaining balance of the $350.00 filing fee..
Signed by Judge Ricardo M. Urbina on 6/20/08. (ks, )**

**1:08-cv-1091 Notice has been electronically mailed to:**

**1:08-cv-1091 Notice will be delivered by other means to::**

MILES ORLANDO LEE
R11199-040
OXFORD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Miles Orlando Lee, )
)
        Petitioner, )
)
        v. )    Civil Action No. 08-1091
)
U.S. Attorney General Mukasey, *et al.*, )
)   **FILED**
        Respondents. )   JUL - 1 2008
              NANCY MAYER WHITTINGTON, CLERK
              U.S. DISTRICT COURT

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is this _30th_ day of _June_ 2008,

**ORDERED** that respondent, by counsel, shall, within _60_ days of service of a copy

of this Order and the Petition for Writ of Mandamus, file with this Court and serve on the

petitioner a statement showing why the writ should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this

Order to the United States Marshals Service for the purpose of making service of same on the

respondents and the United States Attorney for the District of Columbia.

                        _____
                        United States District Judge

## Other Orders/Judgments
1:08-cv-01091-ESH LEE v. MUKASEY et al
JURY, Mandamus, PROSE-PR, TYPE-F

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 7/1/2008 at 8:23 AM and filed on 7/1/2008
**Case Name:**        LEE v. MUKASEY et al
**Case Number:**    1:08-cv-1091
**Filer:**
**Document Number:** 5

**Docket Text:**
**ORDER TO SHOW CAUSE why the writ should not be issued.. Signed by Judge Emmet
G. Sullivan on 6/30/08. (clv, )**


**1:08-cv-1091 Notice has been electronically mailed to:**


**1:08-cv-1091 Notice will be delivered by other means to::**

MILES ORLANDO LEE
R11199-040
OXFORD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
OXFORD, WI 53952

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** U:\Operations\Scan Repository\Votteler\08-1091.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/1/2008] [FileNumber=1841845-0]
[0c813a0a6f3190e8321408462d79978898672d55ee15d63b80a7d21fb934cc0c67674
97fe48fdaefd613e97e2190e4422306c455a3e14de171dff3cb76a2eb86]]



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.u<br>scourts.gov<br>07/14/2008 03:37 PM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:08-cv-01091-ESH LEE v. MUKASEY et al<br>Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 7/14/2008 at 3:37 PM and filed on 7/14/2008
**Case Name:**               LEE v. MUKASEY et al
**Case Number:**             1:08-cv-1091
**Filer:**
**Document Number:**         7

**Docket Text:**
**ORDER dismissing complaint for mandamus and vacating Order to Show Cause. Signed by Judge Ellen S. Huvelle on July 14, 2008. (lcesh2)**

**1:08-cv-1091 Notice has been electronically mailed to:**

**1:08-cv-1091 Notice will be delivered by other means to::**

MILES ORLANDO LEE
R11199-040
OXFORD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
OXFORD, WI 53952

Case 1:08-cv-01091-ESH    Document 6    Filed 07/14/2008    Page 1 of 4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MILES ORLANDO LEE,                    )
                                      )
            Plaintiff,                )
                                      )
    v.                                )        Civil Action No. 08-1091 (ESH)
                                      )
U.S. ATTORNEY GENERAL MUKASEY )
*et al.*,                             )
            Defendants.               )

### MEMORANDUM OPINION

Miles Orlando Lee is a prisoner at the Federal Correctional Institution at Oxford, Wisconsin. Citing 28 U.S.C. § 1361, Lee filed a complaint for mandamus directed to Michael Mukasey, the United States Attorney General, Harry Lappin, the Director of the Federal Bureau of Prisons, and Carol Holinka, the Warden of the prison at Oxford. Because it is clear on initial review, 28 U.S.C. § 1915A(a), that the relief Lee seeks is not available through mandamus, the action will be dismissed and the Order to Show Cause issued July 1, 2008 will be vacated.

The complaint identifies a host of grievances as to which Lee wants "redress . . . under the First Amendment." (Pet. at 2.) For instance, he notes generally that prison employees are embezzling funds (Pet. at 3), that he has been assaulted and sexually assaulted by prison staff (*id.*), that those in charge of the food at the Lewisburg, Pennsylvania prison are engaged in a criminal enterprise (*id.*), that prison officials have violated their own policies by denying him good-time credit, phone privileges, and receipt of funds from his family members (*id.* at 3-4). Lee also complains that information he tried to give authorities could have helped prevent murders at another prison (*id.* at 3), that allowing prison staff to bring tobacco products into the institution is causing a lot of trouble, noting that a $10.00 bag of tobacco is "easily" sold inside

the prison for $3000.00 (*id.* at 4-5), and that the inmate security and custody classification is racially discriminatory (*id.* at 5). He further complains that the Warden has illegally confiscated his personal property and threatened his life, and that he has been threatened while in the facility's special housing unit. (*Id.* at 6). Lee also asserts, without providing any supporting facts, that prison staff have violated unspecified First Amendment rights (*id.* at 7) in conjunction with his views about weights (presumably free weights used in exercise) (*id.* at 11).

As relief, Lee asks this Court to issue an order that would require the United States Attorney General to use the Federal Bureau of Investigation to investigate several identified prison employees, to review and recalculate his good-time credit, to remove all weights from all federal prisons, to prohibit all prison employees from bringing any tobacco products into any federal prison facility, and to revise the inmate security and custody classification system. (*Id.* at 9.) As further relief, he wants this Court to issue an order directing the Director of the Bureau of Prisons to investigate all grievances Lee has filed, to transfer Lee, to investigate the denial of Lee's privileges to receive family funds and use the telephone, and to suspend "all executive staff" and "non-executive staff" pending the investigation, the latter without pay. (*Id.* at 9-10.) Finally, Lee asks this Court to order the Warden at the Oxford facility to document the reason for Lee's assignment to the special housing unit and the conditions imposed on him there, to remove all weights, to suspend without pay the prison staff being investigated on these allegations, and to terminate the staff who are found to have knowingly harassed Lee for exercising his First Amendment rights. (*Id.* at 10-11.)

"The common law writ of mandamus, as codified in 28 U.S.C. § 1361, is intended to provide a remedy for a plaintiff only if he has exhausted all other avenues of relief and only if

2

the defendant owes him a clear nondiscretionary duty." *Heckler v. Ringer*, 466 U.S. 602, 616

(1984). The remedy of mandamus "is a drastic one, to be invoked only in extraordinary

circumstances." *Allied Chemical Corp. v. Daiflon, Inc.*, 449 U.S. 33, 34 (1980). Only

"exceptional circumstances amounting to a judicial 'usurpation of power'" will justify issuance

of the writ. *Gulfstream Aerospace Corp. v. Mayacamas Corp.*, 485 U.S. 271, 289 (1988)

(quoting *Will v. United States*, 389 U.S. 90, 95 (1967)); *see also Doe v. Exxon Mobil Corp.*, 473

F.3d 345, 353 (D.C. Cir. 2007) (stating that mandamus is "an extraordinary remedy reserved for

really extraordinary cases") (internal quotation marks and citation omitted). Mandamus is

available only if "(1) the plaintiff has a clear right to relief; (2) the defendant has a clear duty to

act; and (3) there is no other adequate remedy available to plaintiff." *In re Medicare*

*Reimbursement Litigation*, 414 F.3d 7, 10 (D.C. Cir. 2005) (quoting *Power v. Barnhart*, 292 F.3d

781, 784 (D.C. Cir. 2002)). In other words, mandamus is available "only where the duty to be

performed is ministerial and the obligation to act peremptory and clearly defined. The law must

not only authorize the demanded action, but require it; the duty must be clear and indisputable."

*Lozada Colon*, 170 F.3d at 191 (internal quotation marks and citation omitted).

Lee asks this Court to judicially usurp the authority of the executive branch defendants

and direct them to take certain actions. The complaint is abundantly clear that it seeks an order

through mandamus. However, none of the relief Lee seeks is available through mandamus

because none of what he requests is in the nature of a nondiscretionary or ministerial duty that

any one of these defendants clearly owes to Lee.

Accordingly, Lee's complaint for mandamus relief will be dismissed for failure to state a

claim upon which relief may be granted. 28 U.S.C. § 1915A(b)(1). This dismissal shall count as

3

a "strike" for purposes of 28 U.S.C. § 1915(g).  An order based on the reasons stated here will

accompany this memorandum opinion.


Date:   July 14, 2008

ELLEN SEGAL HUVELLE
United States District Judge

4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MILES ORLANDO LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-1091 (ESH) |
| | ) | |
| U.S. ATTORNEY GENERAL MUKASEY | ) | |
| et al., | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED the complaint for mandamus be, and hereby is, DISMISSED for failure to

state a claim upon which relief may be granted. 28 U.S.C. § 1915A(b)(1). This decision

operates as a "strike" for purposes of 28 U.S.C. § 1915(g). It is

FURTHER ORDERED that the Order to Show Cause issued July 1, 2008 be VACATED.

The defendants are under no obligation to respond to this complaint.

This is a final, appealable order. *See* Fed. R. App. P. 4(a).


_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 14, 2008